NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive;<br><br>　　　　Defendants. | Case No.: **2:17-cv-08272-ODW-RAO**<br><br>**[Assigned to Hon. Otis D. Wright, II]**<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE JOINT STIPULATION TO CONTINUE EXPERT AND NON-EXPERT DISCOVERY CUT-OFF DATES**<br><br>Complaint Filed: October 27, 2017<br><br>Pre-Trial Conference Date: Dec. 31, 2018<br><br>Trial Date: January 22, 2019 |

Based on the Joint Stipulation of the Parties, and good cause appearing therefore, **IT IS ORDERED** that the non-expert discovery cut-off dates be **CONTINUED** for thirty (30) days **to December 7, 2018**, and *only as to the depositions of Plaintiffs and for Defendant to conduct a vehicle inspection.*

No further continuances will be granted absent a showing of good cause supported by declaration or affidavit under penalty of perjury.  All other dates and deadlines remain unchanged.

Dated:  November 20, 2018

By: _____
Hon. Otis D. Wright II

---

1

[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF DATES