UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:17-CV-08272-ODW (RAOx) | Date | December 7, 2018 |
|---|---|---|---|
| Title | *Maria De Lourdes Luna et al., v. FCA USA, LLC, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**              **In Chambers**

On the Court's own motion, the Court orders that the following dates set forth in the scheduling order in this case are hereby **CONTINUED** as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Trial at 9:00 a.m. | January 22, 2019 | April 2, 2019 |
| Deadline to File: Final Trial Exhibit Stipulation | January 17, 2019 | March 28, 2019 |
| Hearing on Motions in Limine at 1:30 p.m. | January 14, 2019 | March 18, 2019 |
| Deadline to File: Oppositions to Motions in Limine | January 7, 2019 | March 11, 2019 |
| Final Pretrial Conference at 1:30 p.m. Deadline to File: Motions in Limine | December 31, 2018 | March 4, 2019 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:17-CV-08272-ODW (RAOx) | Date | December 7, 2018 |
|---|---|---|---|
| Title | *Maria De Lourdes Luna et al., v. FCA USA, LLC, et al.* | | |

| Deadline to File:<br>Proposed Pretrial Conference Order<br>Memoranda and Contentions of Fact and Law<br>Joint Witness List<br>Joint Exhibit List and Exhibit Stipulation<br>Proposed Verdict Form(s)<br>Proposed Jury Instructions/Disputed Jury Instructions<br>Proposed Voir Dire Questions<br>Joint Statement of the Case<br>Joint Status Report re: Settlement | December 24, 2018 | February 25, 2018 |
|---|---|---|

All other dates and deadlines remain unchanged.

**IT IS SO ORDERED**.

                                                                            : 00

Initials of Preparer    SE