1

Christine Haw (State Bar No. 289351)
chaw@slpattorney.com

2

Caitlin J. Scott (State Bar No. 310619)
cscott@slpattorney.com

3

**STRATEGIC LEGAL PRACTICES**
**A PROFESSIONAL CORPORATION**

4

1840 Century Park East, Suite 430
Los Angeles, CA 90067

5

Telephone:  (310) 929-4900
Facsimile:   (310) 943-3838

6

7

Hallen David Rosner (SBN 109740)
hal@rbblawgroup.com

8

**Rosner, Barry & Babbit, LLP**
10085 Carroll Canyon Rd, Ste 100
San Diego, CA 92131

9

Telephone: (858) 348-1005
Facsimile: (858) 348-11150

10

11

Attorneys for Plaintiffs MARIA DE LOURDES LUNA
and KAREN CANO

12

Dean A. Olson, Esq. [SBN 126155]

13

Lynn R. Levitan, Esq. (State Bar No. 176737)
Michelle Droeger, Esq. (State Bar No. 151384)

14

CLARK HILL, LLP
1055 West Seventh Street, 24th Floor

15

Los Angeles, CA 90017
Telephone:  (213) 891-9100

16

Facsimile:   (213) 488-1178
Email: DOlson@clarkhill.com

17

        Llevitan@clarkhill.com
        mdroeger@clarkhill.com

18

Attorneys for Defendant FCA US, LLC

19

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

20

21

MARIA DE LOURDES LUNA and
KAREN CANO,

22

                Plaintiffs,

23

24

        v.

25

FCA US, LLC, a Delaware limited
liability company, and DOES 1 through
10, inclusive;

26

27

                Defendants.

28

Case No.: **2:17-CV-08272-ODW-RAO**

**[Assigned to Hon. Otis D. Wright]**

**PLAINTIFFS' PROPOSED JOINT
EXHIBIT LIST**

Complaint Filed: October 27, 2017
Trial Date: April 2, 2019

The parties, Plaintiffs MARIA DE LOURDES LUNA, KAREN CANO and Defendant FCA US, LLC, by and through their attorneys of record, hereby submit the following Joint Exhibit List for the trial in the above-referenced matter.

The Parties hereby reserve the right to introduce exhibits designated and/or listed and/or offered by any other party to this action, and hereby reserves the right to object to the admissibility of any exhibits designated, listed and/or offered by any other party to this action. The Parties further reserve the right to introduce exhibits for the purpose of impeachment, refreshing recollection, rebuttal or rehabilitation, and reserves the right to introduce additional exhibits upon appropriate notice to all parties. The Parties further hereby reserve the right to introduce additional exhibits as necessary, including, but not limited to any and all exhibits marked and attached to the depositions of any fact or expert witness taken in this action. The Parties further reserve the right to augment this Exhibit List following the conferencing with one another's counsel that is required pursuant to local rules.

| EX. No. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1. | Purchase Agreement for Subject vehicle dated May 31, 2016 (Bates Stamp No. De Lourdes Luna, M. - 00041-00042) | | |
| 2. | Release Agreement for Subject vehicle (Bates Stamp No. De Lourdes, Luna, M. 00002) | | |
| 3. | 2016 Jeep All Vehicles Warranty Information- GAS | | |

1

JOINT EXHIBIT LIST

| EX. No. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 4. | 2016 Jeep Wrangler Owner's Manual | | |
| 5. | 11-11-2016 Customer Assistance Inquiry Record #29431594 | | |
| 6. | 2-27-2017 Customer Assistance Inquiry Record #31177251 | | |
| 7. | 6-12-2017 Customer Assistance Inquiry Record #31790675 | | |
| 8. | 2016 JK Jeep Wrangler Recall Inquiry by Model Year/Body Style | | |
| 9. | 10-29-2018 Technical Service Bulletins | | |
| 10. | 5-11-2016 Vehicle Information Detail Report | | |
| 11. | 5-26-2016 Warranty Claim Report | | |
| 12. | 9-26-2016 Warranty Claim Report | | |
| 13. | 12-20-2016 Warranty Claim Report | | |
| 14. | 1-12-2017 Warranty Claim Report | | |

JOINT EXHIBIT LIST

ClarkHill\33014\323082\221220788.v1-2/26/19
ClarkHill\33014\323082\221227898.v1-2/27/19

| EX. No. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 15. | 2-9-2017 Warranty Claim Report | | |
| 16. | 2-25-2017 Warranty Claim Report | | |
| 17. | 7-6-2018 Warranty Claim Report | | |
| 18. | 5-26-2016 to 7-6-2018 Warranty Claim Summary Report | | |
| 19. | 6-14-2017 Correspondence from FCA to Plaintiff regarding Eligibility Requirements under California Lemon Law. | | |
| 20. | Rydell Chrysler Dodge Jeep Ram Repair Order C3CP697436, dated May 27, 2016 | | |
| 21. | Rydell Chrysler Dodge Jeep Ram Repair Order C3CS718990, dated September 22, 2016 | | |
| 22. | Rydell Chrysler Dodge Jeep Ram Repair Order C3CS734761, dated December 20, 2016 | | |

3

JOINT EXHIBIT LIST

| EX. No. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 23. | Rydell Chrysler Dodge Jeep Ram Repair Order C3CS737757 dated, January 6, 2017 | | |
| 24. | Rydell Chrysler Dodge Jeep Ram Repair Order C3C5743625, dated February 8, 2017 | | |
| 25. | Rydell Chrysler Dodge Jeep Ram Repair Order C3CS746155, dated February 22, 2017 | | |
| 26. | Rydell Chrysler Dodge Jeep Ram Repair Order C3CS105402, dated June 9, 2017 | | |
| 27. | 45622 Rydell Chrysler Dodge Jeep Ram DealerConnect. | | |
| 28. | 5-27-2016 New Vehicle Preparation Inspection and Road Test | | |
| 29. | 5-25-2016 Battery Diagnostic Station GR8-1220 | | |
| 30. | 9-22-2016 Enterprise Rent-A Car (Receipt) | | |

4

ClarkHill\33014\323082\221220788.v1-2/26/19
ClarkHill\33014\323082\221227898.v1-2/27/19

| EX. No. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 31. | 8-17-2015 Enterprise Rent-A- Car (Receipt) | | |
| 32. | 2-8-2017 Enterprise Rent-A-Car (Receipt) | | |
| 33. | 2-22-2017 Enterprise Rent-A-Car (Receipt) | | |
| 34. | 1-6-2017 Enterprise Rent-A-Car (Receipt) | | |
| 35. | Plaintiffs' Interrogatories to Defendant, Set One | | |
| 36. | Defendant's Responses to Plaintiffs' Interrogatories to Defendant, Set One | | |
| 37. | Plaintiffs' Request for Production of Documents, Set One | | |
| 38. | Defendant's Responses to Plaintiff's Request for Production of Documents, Set One | | |
| 39. | Plaintiffs' Requests for Admissions to Defendant, Set One | | |
| 40. | Defendant's Responses to Plaintiffs' Requests for Admissions, Set One | | |

5

JOINT EXHIBIT LIST

| EX. No. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 41. | 12-7-2018 Vehicle Inspection Videotapes | | |
| 42. | *RESERVED* | | |
| 43. | *RESERVED* | | |
| 44. | *RESERVED* | | |
| 45. | *RESERVED* | | |
| 46. | *RESERVED* | | |
| 47. | *RESERVED* | | |
| 48. | *RESERVED* | | |
| 49. | *RESERVED* | | |
| 50. | *RESERVED* | | |
| 51. | *RESERVED* | | |
| 52. | *RESERVED* | | |
| 53. | *RESERVED* | | |
| 54. | *RESERVED* | | |
| 55. | *RESERVED* | | |
| 56. | *RESERVED* | | |
| 57. | *RESERVED* | | |
| 58. | *RESERVED* | | |
| 59. | *RESERVED* | | |
| 60. | *RESERVED* | | |
| 61. | *RESERVED* | | |
| 62. | *RESERVED* | | |
| 63. | *RESERVED* | | |
| 64. | *RESERVED* | | |
| 65. | *RESERVED* | | |
| 66. | *RESERVED* | | |

6

JOINT EXHIBIT LIST

| EX. No. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 67. | *RESERVED* | | |
| 68. | *RESERVED* | | |
| 69. | *RESERVED* | | |
| 70. | *RESERVED* | | |
| 71. | *RESERVED* | | |
| 72. | *RESERVED* | | |
| 73. | *RESERVED* | | |
| 74. | *RESERVED* | | |
| 75. | *RESERVED* | | |
| 76. | *RESERVED* | | |
| 77. | *RESERVED* | | |
| 78. | *RESERVED* | | |
| 79. | *RESERVED* | | |
| 80. | *RESERVED* | | |
| 81. | *RESERVED* | | |
| 82. | *RESERVED* | | |
| 83. | *RESERVED* | | |
| 84. | *RESERVED* | | |
| 85. | *RESERVED* | | |
| 86. | *RESERVED* | | |
| 87. | *RESERVED* | | |
| 88. | *RESERVED* | | |
| 89. | *RESERVED* | | |
| 90. | *RESERVED* | | |
| 91. | *RESERVED* | | |
| 92. | *RESERVED* | | |
| 93. | *RESERVED* | | |

7

JOINT EXHIBIT LIST

| EX. No. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 94. | *RESERVED* | | |
| 95. | *RESERVED* | | |
| 96. | *RESERVED* | | |
| 97. | *RESERVED* | | |
| 98. | *RESERVED* | | |
| 99. | *RESERVED* | | |
| 100. | FCA US LLC CDSP – Customer Claim Form | | |
| 101. | California Dispute Settlement Program (CDSP) | | |
| 102. | CDSP Hearing Process Rules | | |
| 103. | CDSP FCA USA LLC | | |
| 104. | Plaintiffs' Depositions and Exhibits | | |
| 105. | Michael McDowell Deposition and Exhibits | | |
| 106. | Richard Schmidt Deposition and Exhibits | | |
| 107. | Insurance of the Modern World, Estimate of Record, Date of Loss 7-24-2017 | | |
| 108. | | | |
| 109. | | | |
| 110. | | | |

8

JOINT EXHIBIT LIST

| EX. No. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 111. |  |  |  |
| 112. |  |  |  |
| 113. |  |  |  |
| 114. |  |  |  |
| 115. |  |  |  |
| 116. |  |  |  |
| 117. |  |  |  |
| 118. |  |  |  |

Dated:  February 27, 2019            Strategic Legal Practices, APC


                                     By:  /s/ Christine J. Haw
                                         Christine J. Haw
                                         Caitlin Scott
                                         Attorneys for Plaintiffs Maria De Lourdes
                                         Luna and Karen Cano

                                         Registered participant of ECF



                                     Clark Hill, LLP


                                     By:  /s/ Michelle Droeger
                                         Lynn R. Levitan
                                         Michelle Droeger
                                         Attorneys for Defendant FCA US, LLC

                                         Registered participant of ECF

9

JOINT EXHIBIT LIST

ClarkHill\33014\323082\221220788.v1-2/26/19
ClarkHill\33014\323082\221227898.v1-2/27/19