1  Christine Haw (State Bar No. 289351)
   chaw@slpattorney.com
2  Caitlin J. Scott (State Bar No. 310619)
   cscott@slpattorney.com
3  **STRATEGIC LEGAL PRACTICES**
   **A PROFESSIONAL CORPORATION**
4  1840 Century Park East, Suite 430
   Los Angeles, CA 90067
5  Telephone:  (310) 929-4900
   Facsimile:   (310) 943-3838
6
7  Hallen David Rosner (SBN 109740)
   hal@rbblawgroup.com
8  **Rosner, Barry & Babbit, LLP**
   10085 Carroll Canyon Rd, Ste 100
9  San Diego, CA 92131
   Telephone: (858) 348-1005
   Facsimile: (858) 348-11150
10
11 Attorneys for Plaintiffs MARIA DE LOURDES LUNA
   and KAREN CANO
12
13 Dean A. Olson, Esq. [SBN 126155]
   Lynn R. Levitan, Esq. (State Bar No. 176737)
   Michelle Droeger, Esq. (State Bar No. 151384)
14 CLARK HILL, LLP
   1055 West Seventh Street, 24th Floor
15 Los Angeles, CA 90017
   Telephone:  (213) 891-9100
16 Facsimile:   (213) 488-1178
   Email: Llevitan@clarkhill.com
17        mdroeger@clarkhill.com
          DOlson@clarkhill.com
18 Attorneys for Defendant FCA US, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO, | Case No.: **2:17-CV-08272-ODW-RAO** |
| Plaintiffs, | **[Assigned to Hon. Otis D. Wright]** |
| v. | **JOINT TRIAL WITNESS LIST AND TIME ESTIMATE FORM** |
| FCA US, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive; | Complaint Filed: October 27, 2017 Trial Date: April 2, 2019 |
| Defendants. | |

The parties, Plaintiffs MARIA DE LOURDES LUNA, KAREN CANO and Defendant FCA US, LLC, hereby submit the following Joint Witness List of those they expect to call at trial and attached Joint Trial Witness Time Estimate Form. The Parties reserve the right to call additional witnesses on rebuttal or impeachments.

## JOINT TRIAL WITNESS LIST

1. Plaintiffs Maria De Lourdes Luna and Karen Cano (who may be contacted through Plaintiffs' counsel of record) purchased, used and presented the 2016 Jeep Wrangler, VIN: 1C4BJWFG4GL265641 ("Vehicle") for repair opportunities.  Plaintiffs have knowledge of the facts and circumstances surrounding the extensive repair history for the Subject Vehicle, visits to FCA's authorized dealerships/repair facilities and any independent repair facilities, the repairs and concerns listed on the repair orders, the causes or potential causes of the various defects affecting the Subject Vehicle, communications with FCA US, LLC or its authorized dealers/repair facilities including repurchase and related requests, the expenses associated with or resulting from the defects related to the Subject Vehicle, the substantial impairment of the use, value, and safety of the Subject Vehicle as the result of the defects, and any related matters.

2. Kris W. Krueger is Senior Staff Counsel – Warranty Litigation for FCA US, LLC. Mr. Krueger is expected to testify about Defendant's responses to written discovery propounded by Plaintiffs.

3. Michael McDowell, or anyone designated by FCA as a FRCP 30(b)(6) designee or Person Most Knowledgeable.  Witness will testify in regard to FCA call center policies, policies related to repurchase requests and compliance with Song Beverly Warranty Act, warranty claims history concerning Plaintiff's vehicle, repairs performed on Plaintiff's vehicle, and history of and overview of process for Plaintiff's request for repurchase.

4. Richard Schmidt, FCA's Expert Witness who will testify about his opinions

related to the vehicle's repair history, the propriety of the repairs performed, and issues with this vehicle as compared to other vehicles of the same year, make and mode.

5. Rick Guzman, Service Manager Rydell Chrysler Dodge Jeep Ram, who will testify about repairs and maintenance made to the vehicle, and customer complaints.

**JOINT TRIAL WITNESS TIME ESTIMATE FORM**

| | Witness Name | Party Calling Witness and Estimate | Cross-Examination Estimate | Description of Testimony | Comments |
|---|---|---|---|---|---|
| 1 | De Lourdes Luna, Maria | Plaintiff – 3.0 | 3.0 | Plaintiff | |
| 2 | Cano, Karen | Plaintiff – 3.0 | 3.0 | Plaintiff | |
| 3 | Kris W. Krueger | Plaintiff – 1.0 | 30 minutes | Verifier of Defendant's Discovery Responses | Defendant's Object based on FRE 402 and 403 |
| 4 | Michael McDowell | Defendant 2.0 | 1.0 | FCA PMK | Plaintiffs' Objection: FRE 402 and 403 |
| 5 | Rick Guzman | Defendant 1.0 | 0.5 | Service Manager Rydell CDJR | Plaintiffs' Objection: FRE 402 and 403 |
| 6 | | | | | |

JOINT TRIAL WITNESS LIST AND TIME ESTIMATE FORM

ClarkHill\33014\323082\221220803.v1-2/26/19

|  | Witness Name | Party Calling Witness and Estimate | Cross-Examination Estimate | Description of Testimony | Comments |
|---|---|---|---|---|---|
| 7 |  |  |  |  |  |
| 8 |  |  |  |  |  |
| 9 |  |  |  |  |  |
| 10 |  |  |  |  |  |
|  |  |  |  |  |  |
|  | **Total Estimates:** | 18 hours |  |  |  |

Dated:  February 27, 2019                    Strategic Legal Practices, APC

                                        By:  /s/ Christine J. Haw
                                           Christine J. Haw
                                           Caitlin Scott
                                           Attorneys for Plaintiffs Maria De Lourdes
                                           Luna and Karen Cano

                                           Registered participant of ECF

                                        Clark Hill, LLP

Dated:  February 27, 2019

                                        By:  /s/ Michelle Droeger
                                           Lynn R. Levitan
                                           Michelle Droeger
                                           Attorneys for Defendant FCA US, LLC

                                           Registered participant of ECF

JOINT TRIAL WITNESS LIST AND TIME ESTIMATE FORM