Christine J. Haw (SBN 289351)
chaw@slpattorney.com
Caitlin J. Scott (SBN 310619)
cscott@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
**A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone:  (310) 929-4900
Facsimile:   (310) 943-3838

Attorneys for Plaintiffs MARIA DE LOURDES LUNA
and KAREN CANO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US, LLC; and DOES 1 through 10, inclusive; <br><br> Defendants. | Case No.: 2:17-cv-08272-ODW-RAO <br><br> **DECLARATION OF CAITLIN J. SCOTT IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* # 1 TO EXCLUDE EVIDENCE OR ARGUMENT CONTRARY TO MATTERS DEEMED ADMITTED** <br><br> Date:      March 18, 2019 <br> Judge:     Hon. Otis D. Wright II <br> Time:      3:00 p.m. <br> Location:  Courtroom 5D |

I, Caitlin J. Scott, declare:

1.      I am an attorney admitted to the Bar of the State of California and the United States District Court, Central District of California.  I am an associate attorney at Strategic Legal Practices, APC ("Strategic") and counsel of record for Plaintiffs Maria De Lourdes Luna and Karen Cano ("Plaintiffs") in the above-captioned matter.  I am a member in good standing with the State Bar of California. My knowledge of the information and events described herein derives from my personal knowledge, a careful review of the file, relevant court records and communications with other Plaintiffs' counsel, and if called as a witness, I could and would competently testify thereto.

2.      I submit this declaration in support of Plaintiffs' Motion *in Limine* #1 to Exclude Evidence or Argument Contrary to Matters Deemed Admitted.

3.      Attached as **Exhibit 1** hereto is a true and correct copy of Plaintiffs' Requests for Admissions, Set One ("RFAs"), which includes the corresponding proof of service that was prepared by Strategic Legal Practices, APC causing the RFAs, Set One to be personal served.

4.      Attached as **Exhibit 2** hereto is a true and correct copy of the return proof of service for the RFAs, Set One prepared by Strategic Legal Practices, APC's messenger service, First Legal, the entity that personally served the RFA, Set One at issue.

5.      Defendant did not respond to the RFAs by the March 12, 2018 deadline.

6.      Plaintiffs never stipulated that Defendant's RFA responses would ***not*** be deemed admitted. Plaintiffs did not stipulate to allow Defendant to withdraw its admissions.

7.      Attached as **Exhibit 3** hereto is a true and correct copy of Defendant's untimely responses to the RFAs, Set One.

8.      As a result of Defendant's admissions, Plaintiffs did not designate an expert; did not deem it necessary to conduct a Rule 30(b)(6) deposition of Defendant's corporate

1

representative; and did not file a motion to compel responses to Defendant's written discovery (because Defendant also did not timely respond to Plaintiff's interrogatories or document demands, resulting in a waiver of objections).

9. On February 25, 2019, I sent a meet and confer email regarding Plaintiffs' intentions to file the instant Motion in Limine. The parties met and conferred on or about February 25, 2019, regarding the substance of Plaintiffs' instant Motion in Limine. Defendant would not stipulate to the instant Motion in Limine. Attached hereto as **Exhibit 4** is a true and correct copy of my February 25, 2019, email to Defendant's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 4, 2019 at Los Angeles, California.

/s/ Caitlin J. Scott
Caitlin J. Scott

SCOTT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* #1