Benjeman R. Beck (SBN: 268617)
bbeck@slpattorney.com
Nancy Zhang (SBN: 294675)
nzhang@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone:  (310) 929-4900
Facsimile:   (310) 943-3838

Attorneys for Plaintiffs MARIA DE LOURDES LUNA
and KAREN CANO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive; <br><br> Defendants. | Case No.: 2:17-cv-08272-ODW-RAO <br><br> [Assigned to Hon. Otis D. Wright] <br><br> **PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE** |

PROPOUNDING PARTY:     Plaintiffs MARIA DE LOURDES LUNA

and KAREN CANO

RESPONDING PARTY:     Defendant FCA US, LLC

SET NUMBER:     One

Plaintiffs MARIA DE LOURDES LUNA and KAREN CANO

("Plaintiffs"), by and through their counsel of record, STRATEGIC LEGAL

PRACTICES, APC, hereby propounds, pursuant to Federal Rule of Civil

Page 1

**PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE**

Procedure 36, the following Requests for Admissions to Defendant FCA US, LLC ("Defendant"). Plaintiffs request that Defendant's answers be signed under oath, unless it is objected to, in which event the reasons for such objection must be stated in lieu of an answer. Defendant's answers, together with any objections and the reasons therefor, shall be served to Plaintiffs at Strategic Legal Practices, APC, 1840 Century Park East, Suite 430, Los Angeles, California 90067.

## INSTRUCTIONS

1. Answer each request separately and fully in writing and under oath, unless it is objected to, in which event the reasons for such objection must be stated in lieu of an answer.

2. Pursuant to Rule 26(e), you are under a continuing duty to seasonably supplement your response with respect to any request when new or additional information becomes known. Additionally, you are under a continuing duty to seasonably amend a prior answer if you obtain information upon the basis of which you know that the answer was incorrect when made, or that the answer, though correct when made, is no longer correct or true.

## DEFINITIONS AND EXPLANATIONS

1. The term "YOU," "YOUR," and "DEFENDANT" shall mean Defendant FCA US, LLC and any and all agents, representatives, assigns, successors, dealerships, individuals, and/or businesses who represent themselves to be affiliated with, or work for, FCA US, LLC.

2. The term "SUBJECT VEHICLE" means the 2016 Jeep Wrangler, vehicle identification number 1C4BJWFG4GL265641, purchased by Plaintiffs.

3. The term "FCA VEHICLES" refers to all vehicles of the same make, model, and year as the SUBJECT VEHICLE.

PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE

4.     The term "ENGINE DEFECTS" shall be understood to mean such defects in the SUBJECT VEHICLE which result in symptoms including, but not limited to: a software update for the PCM requiring to be performed per 18-021-16 for engine misfire; the DTC P0300 and P0301 to the PCM update requiring to be performed; the vehicle running roughly; a flash powertrain diagnosis and system enhancements having to be performed; a cruise control calibration improvement update having to be performed; an improved engine misfire calibration on automatic transmission vehicles having to be performed; the Safety Recall 576 relating to the front impact sensor wires (recall CSN 1) having to be performed; a verification test having to be performed; a vehicle scan having to be performed; the location of a DTC requiring to be stored; the injector, coil, and sparkplug having to be moved; the cylinder head, head gasket in bank timing, cover gaskets, and upper intake gasket, and lower intake gasket having to be removed and replaced; a misfire monitor having to be repaired; the Vehicle shaking when coasting on low speeds; and repairs having to be performed for the heavy vibration when coasting from 15 MPH to stop; and any other concern related to the engine identified in the repair history for the subject the 2016 Jeep Wrangler, vehicle identification number 1C4BJWFG4GL265641.

5.     The term "LEAKING DEFECTS" shall be understood to mean such defects in the SUBJECT VEHICLE which result in symptoms including, but not limited to: water abnormally leaking from the Vehicle; water abnormally leaking into the cab of the Vehicle and drip onto the radio; the windshield seal leaking; a new seal having to be ordered and installed; premature cleaning and securement of the

**PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE**

weather strip; a water test having to be performed; a leak down and compression test having to be performed; water leaking from the removeable roof; the removeable roof having to be re-sealed; and any other concern related to the engine identified in the repair history for the subject the 2016 Jeep Wrangler, vehicle identification number 1C4BJWFG4GL265641.

## REQUESTS FOR ADMISSION

**ADMISSION NO. 1:**    Admit Plaintiffs MARIA DE LOURDES LUNA and KAREN CANO ("Plaintiffs") purchased the SUBJECT VEHICLE.

**ADMISSION NO. 2:**    Admit YOU manufactured the SUBJECT VEHICLE.

**ADMISSION NO. 3:**    Admit YOU distributed the SUBJECT VEHICLE.

**ADMISSION NO. 4:**    Admit Plaintiffs are each a "buyer" within the meaning of California Civil Code section 1791(b).

**ADMISSION NO. 5:**    Admit the SUBJECT VEHICLE is a "new motor vehicle" within the meaning of California Civil Code section 1793.22(e)(2).

**ADMISSION NO. 6:**    Admit YOU provided an express warranty to Plaintiffs in connection with Plaintiffs' purchase of the SUBJECT VEHICLE.

**ADMISSION NO. 7:**    Admit Rydell Chrysler Dodge Jeep Ram in San Fernando, California is YOUR authorized retailer.

**ADMISSION NO. 8:**    Admit Rydell Chrysler Dodge Jeep Ram in San Fernando, California is YOUR authorized repair facility.

**ADMISSION NO. 9:**    Admit the SUBJECT VEHICLE had defects covered by warranty.

**ADMISSION NO. 10:**    Admit Plaintiffs presented the SUBJECT VEHICLE to YOUR authorized repair facility on no fewer than five (5) different occasions during YOUR warranty period.

**PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE**

**ADMISSION NO. 11:** Admit YOUR authorized repair facility performed repairs under warranty to the SUBJECT VEHICLE.

**ADMISSION NO. 12:** Admit YOU paid all warranty claims submitted by YOUR authorized repair facility for repairs performed to the SUBJECT VEHICLE.

**ADMISSION NO. 13:** Admit YOU are aware of ENGINE DEFECTS in vehicles of the same year, make, and model as the SUBJECT VEHICLE.

**ADMISSION NO. 14:** Admit ENGINE DEFECTS in the SUBJECT VEHICLE substantially impair its use.

**ADMISSION NO. 15:** Admit ENGINE DEFECTS in the SUBJECT VEHICLE substantially impair its safety.

**ADMISSION NO. 16:** Admit ENGINE DEFECTS in the SUBJECT VEHICLE substantially impair its value.

**ADMISSION NO. 17:** Admit YOU are aware of LEAKING DEFECTS in vehicles of the same year, make, and model as the SUBJECT VEHICLE.

**ADMISSION NO. 18:** Admit LEAKING DEFECTS in the SUBJECT VEHICLE substantially impair its use.

**ADMISSION NO. 19:** Admit LEAKING DEFECTS in the SUBJECT VEHICLE substantially impair its safety.

**ADMISSION NO. 20:** Admit LEAKING DEFECTS in the SUBJECT VEHICLE substantially impair its value.

**ADMISSION NO. 21:** Admit that prior to the filing of the complaint YOU knew that the SUBJECT VEHICLE had a defect, covered by the warranty, which substantially impaired the SUBJECT VEHICLE's use.

**ADMISSION NO. 22:** Admit that prior to the filing of the complaint YOU knew that the SUBJECT VEHICLE had a defect, covered by the warranty, which substantially impaired the SUBJECT VEHICLE's value.

**PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE**

**ADMISSION NO. 23:**     Admit that prior to the filing of the complaint YOU knew that the SUBJECT VEHICLE had a defect, covered by the warranty, which substantially impaired the SUBJECT VEHICLE's safety.

**ADMISSION NO. 24:**     Admit YOU failed to repair the SUBJECT VEHICLE to conform to warranty within a reasonable number of repair attempts.

**ADMISSION NO. 25:**     Admit YOU failed to promptly repurchase the SUBJECT VEHICLE.

**ADMISSION NO. 26:**     Admit YOU failed to promptly replace the SUBJECT VEHICLE.

**ADMISSION NO. 27:**     Admit YOU failed to repurchase the SUBJECT VEHICLE prior to the commencement of this lawsuit.

**ADMISSION NO. 28:**     Admit YOU failed to replace the SUBJECT VEHICLE prior to the commencement of this lawsuit.

**ADMISSION NO. 29:**     Admit YOU willfully failed to repurchase the SUBJECT VEHICLE.

**ADMISSION NO. 30:**     Admit YOU willfully failed to replace the SUBJECT VEHICLE.

**ADMISSION NO. 31:**     Admit YOU denied Plaintiffs' request for a repurchase or replacement of the SUBJECT VEHICLE.

**ADMISSION NO. 32:**     Admit the SUBJECT VEHICLE qualifies for repurchase or replacement under the Song Beverly Consumer Warranty Act.

**ADMISSION NO. 33:**     Admit YOU did not offer to repurchase the SUBJECT VEHICLE prior to the filing of the Complaint.

**ADMISSION NO. 34:**     Admit YOU did not offer to replace the SUBJECT VEHICLE prior to the filing of the Complaint.

**PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE**

**ADMISSION NO. 35:**    Admit that at the time of purchase by Plaintiffs, the SUBJECT VEHICLE was not fit for the ordinary purposes for which such goods are used.

**ADMISSION NO. 36:**    Admit that at the time of purchase by Plaintiffs, the SUBJECT VEHICLE did not pass without objection in the trade.

**ADMISSION NO. 37:**    Admit that YOU failed to provide YOUR authorized repair facilities with adequate information regarding ENGINE DEFECTS to allow them to repair the SUBJECT VEHICLE so as to conform it to YOUR warranty.

**ADMISSION NO. 38:**    Admit that YOU failed to provide YOUR authorized repair facilities with adequate information regarding LEAKING DEFECTS to allow them to repair the SUBJECT VEHICLE so as to conform it to YOUR warranty

**ADMISSION NO. 39:**    Admit YOU are unable to permanently repair the ENGINE DEFECTS in FCA VEHICLES.

**ADMISSION NO. 40:**    Admit YOU are unable to permanently repair the LEAKING DEFECTS in FCA VEHICLES

**ADMISSION NO. 41:**    Admit YOU knew prior to the filing of the Complaint that the repairs performed on the SUBJECT VEHICLE were ineffective.

**ADMISSION NO. 42:**    Admit that you breached the Implied Warranty of Merchantability with respect to the SUBJECT VEHICLE at the time of sale.

Dated: February 8, 2018                    STRATEGIC LEGAL PRACTICES, APC

By: _____
Nancy Zhang
Attorney for Plaintiffs MARIA DE
LOURDES LUNA and KAREN
CANO

**PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE**

Benjeman R. Beck (SBN: 268617)
bbeck@slpattorney.com
Nancy Zhang (SBN: 294675)
nzhang@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone:    (310) 929-4900
Facsimile:    (310) 943-3838

Attorneys for Plaintiffs MARIA DE LOURDES LUNA
and KAREN CANO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO,<br><br>            Plaintiffs,<br><br>       v.<br><br>FCA US, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive;<br><br>       Defendants. | Case No.: 2:17-cv-08272-ODW-RAO<br><br>[Assigned to Hon. Otis D. Wright]<br><br>**PROOF OF SERVICE** |

Page 1

**PROOF OF SERVICE**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Strategic Legal Practices, 1840 Century Park East, Suite 430, Los Angeles, California 90067.

On **February 8, 2018**, I served the document(s) described as:

**NOTICE OF DEPOSTION OF THE PERSON MOST KNOWLEDGEABLE FOR FCA US, LLC AND DEMAND TO PRODUCE DOCUMENTS AT DEPOSITION**

**PLAINTIFFS' INTERROGATORIES TO DEFENDANT, SET ONE**

**PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE**

**PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, SET ONE**

on the interested parties in this action by sending [  ] the original [or] [✓] a true copy thereof [✓] to interested parties as follows [or] [  ] as stated on the attached service list:

Lynn R. Levitan
**Clark Hill LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017

[  ]   **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

[  ]   **BY E-MAIL:** I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

[  ]   **BY FAX:** I hereby certify that this document was served from Los Angeles, California, by facsimile delivery on the parties listed herein at their most recent fax number of record in this action.

[✓]   **BY PERSONAL SERVICE:** I caused the attached to be delivered, by hand, enclosed in an envelope, to the offices of the addressee(s) named herein by messenger service.

[  ]   **BY OVERNIGHT DELIVERY:** I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery.  Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid.  The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

Page 2

**PROOF OF SERVICE**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this **February 8, 2018,** at Los Angeles, California.

_____
Sapna Sharma

**PROOF OF SERVICE**