| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>STRATEGIC LEGAL PRACTICES, A Professional Corporation<br>Benjeman R. Beck (SBN: 268617)<br>1840 Century Park East, Suite 430<br>Los Angeles, CA 90067<br>  *Telephone No:*  310-929-4900<br><br>  *Attorney For:*  Plaintiff  *Ref. No. or File No.:* | |

| |
|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
| *Plaintiff:*  MARIA DE LOURDES LUNA, ET AL.<br>*Defendant:*  FCA US, LLC, ETC., ET AL. |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:17-CV-08272-ODW-RAO |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the NOTICE OF DEPOSTION OF THE PERSON MOST KNOWLEDGEABLE FOR FCA US, LLC AND DEMAND TO PRODUCE DOCUMENTS AT DEPOSITION, PLAINTIFFS' INTERROGATORIES TO DEFENDANT, SET ONE, PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE, PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, SET ONE, PROOF OF SERVICE, LETTER DATED FEBRUARY 8, 2018

3.   *a.*   *Party served:*   CLARK HILL LLP
     *b.*   *Person served:*   VICTOR MARTINEZ, PERSON IN CHARGE

4.   *Address where the party was served:*   1055 W. 7TH STREET 24TH FLOOR , LOS ANGELES , CA 90017

5.   *I served the party:*
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 08 2018 (2) at: 11:56 AM , to the person(s) indicated above in the manner as provided in 1011 CCP.

Recoverable cost Per CCP 1033.5(a)(4)(B)

6.   **Person Who Served Papers:**
     a. Oswaldo Lopez
     b. **FIRST LEGAL**
        1517 W. Beverly Blvd.
        LOS ANGELES, CA 90026
     c. (213) 250-1111

     **d.** ***The Fee*** for Service was:
     **e.** I am: Not A Registered California Process Server

7.   ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

02/12/2018
_____
*(Date)*

_____
*(Signature)*



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF<br>SERVICE | *2009320*<br>*(3553913)* |
|---|---|---|