# EXHIBIT 4

| | |
|---|---|
| **From:** | Caitlin Scott |
| **To:** | mdroeger@clarkhill.com |
| **Cc:** | Anthony Ross; Christine Haw |
| **Bcc:** | Caitlin Scott |
| **Subject:** | De Lourdes v. FCA - Motions in Limine and Joint Trial Docs |
| **Date:** | Monday, February 25, 2019 10:37:15 AM |

Good Morning Michelle,

I write to inform you that I am very very ill at the moment and am unable to come into the office.

I also write to meet and confer with Defendant regarding Plaintiffs' Motions in Limine. Plaintiffs intend to file the following Motions in Limine:

-Motion in Limine to exclude reference, argument or evidence regarding Settlement or Rule 68 Offers;
-Motion in Limine to exclude reference, argument or evidence regarding attorneys' fees;
-Motion in Limine to exclude reference, argument or evidence inconsistent with Defendant's Responses to Plaintiffs' Request for Admissions deemed admitted; and
-Motion in Limine to exclude reference, argument, testinony or evidence by an expert witness since experts were neither timely nor properly designated.

In addition, someone from my office will be available to discuss these matters with you over the phone, but it will likely not be me since I am very, very ill.

In addition, given my illness, someone from my office is preparing a stipulation for your review, to have all joint trial docs due a week from today, March 4, 2019, so that everything will be due when MILs are due. Please advise if this would be acceptable. Thank you in advance.


Caitlin J. Scott
Strategic Legal Practices
A Professional Corporation
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Tel: (310) 929-4900
Fax: (310) 943-3838
cscott@slpattorney.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original and any copies of this message and any attachments attached to it.