Christine J. Haw (SBN 289351)
chaw@slpattorney.com
Caitlin J. Scott (SBN 310619)
cscott@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
**A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone:  (310) 929-4900
Facsimile:   (310) 943-3838

Attorneys for Plaintiffs MARIA DE LOURDES LUNA
and KAREN CANO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO,<br><br>        Plaintiffs,<br><br>      v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive;<br><br>        Defendants. | Case No.: 2:17-cv-08272-ODW-RAO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* # 1 TO EXCLUDE EVIDENCE OR ARGUMENT CONTRARY TO MATTERS DEEMED ADMITTED**<br><br>Date:     March 18, 2019<br>Judge:   Hon. Otis D. Wright II<br>Time:    3:00 p.m.<br>Location: Courtroom 5D |

# <u>ORDER</u>

Upon consideration of Plaintiffs' Motion *in Limine* #1 to Exclude Evidence or Argument Contrary to Matters Deemed Admitted ("Motion"), the papers filed in opposition to the Motion, and the arguments of counsel, the Court finds that good cause exists for the relief sought and Orders as follows:

1.    Defendant and Defendant's experts, attorneys, and witnesses are prohibited from introducing or attempting to introduce (either directly or indirectly) any testimony or evidence contrary to the matters contained in Plaintiffs' Request for Admissions, Set One ("RFAs"), which were automatically deemed admitted and conclusively established in favor of Plaintiffs and against Defendant as a result of Defendant's failure to respond to the RFAs;

2.    Defendant and its attorneys are prohibited from introducing, or attempting to introduce, any of the above evidence during the trial of the above-entitled action, unless and until it is first determined to be admissible in evidence in a hearing held outside the presence and hearing of the jury;

3.    Attorneys for Defendant are directed to instruct Defendant and its witnesses to refrain from mentioning or referring to the above-described evidence in the presence or hearing of jurors or prospective jurors; and

4.    Attorneys for Defendant are directed to immediately inform Defendant and its witnesses of the terms and effect of the order *in limine*.

**IT IS SO ORDERED.**

Dated: _____

Hon. Otis D. Wright II

United States District Court Judge

1