# EXHIBIT "A"

# CLARK HILL

Mercede P. Guillory
T (213) 417-5179
Email:mguillory@ClarkHill.com

Clark Hill LLP
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
T (213) 891-9100

**clarkhill.com**

October 31, 2018

**VIA REGULAR MAIL**
Christine Haw, Esq.
Strategic Legal Practices
1840 Century Park East, Suite 430
Los Angeles, California 90067

Re:  De Lourdes Luna v. FCA US LLC

Dear Christine:

Enclosed please find signed verifications in regards to the above-referenced matter.

Sincerely,

CLARK HILL LLP

Mercede P. Guillory
Legal Secretary

STATE OF MICHIGAN)
                 )
COUNTY OF OAKLAND)

KRIS W. KRUEGER, under penalty of perjury of the laws of the State of California, deposes and says that he is Senior Staff Counsel - Warranty Litigation for FCA US LLC, and that he is authorized to verify the foregoing **FCA US LLC'S RESPONSE TO PLAINTIFFS' INTERROGATORIES, SET ONE**; that he has read the foregoing responses and subscribed to the same on behalf of FCA US LLC, that the foregoing responses are based on information communicated by FCA US LLC, personnel and other persons and information obtained from books and records of FCA US LLC, and that, upon information and belief, he believes that the foregoing responses are true and correct.

_____
SENIOR STAFF COUNSEL-WARRANTY LITIGATION

_____
DATE

STATE OF MICHIGAN)
                  )
COUNTY OF OAKLAND)

KRIS W. KRUEGER, under penalty of perjury of the laws of the State of California, deposes and says that he is Senior Staff Counsel - Warranty Litigation for FCA US LLC, and that he is authorized to verify the foregoing **FCA US LLC'S RESPONSE TO PLAINTIFFS' REQUESTS FOR ADMISSIONS TO DEFENDANT, SET ONE**; that he has read the foregoing responses and subscribed to the same on behalf of FCA US LLC, that the foregoing responses are based on information communicated by FCA US LLC, personnel and other persons and information obtained from books and records of FCA US LLC, and that, upon information and belief, he believes that the foregoing responses are true and correct.

_____
SENIOR STAFF COUNSEL-WARRANTY LITIGATION

_____
10/25/18
DATE

STATE OF MICHIGAN)
                 )
COUNTY OF OAKLAND)

KRIS W. KRUEGER, under penalty of perjury of the laws of the State of California, deposes and says that he is Senior Staff Counsel - Warranty Litigation for FCA US LLC, and that he is authorized to verify the foregoing **FCA US LLC'S RESPONSE TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, SET ONE**; that he has read the foregoing responses and subscribed to the same on behalf of FCA US LLC, that the foregoing responses are based on information communicated by FCA US LLC, personnel and other persons and information obtained from books and records of FCA US LLC, and that, upon information and belief, he believes that the foregoing responses are true and correct.

_____
SENIOR STAFF COUNSEL-WARRANTY LITIGATION

_____
DATE