Lynn R. Levitan, Esq. [SBN 176737]
Michelle J. Droeger, Esq. [SBN 151384]
CLARK HILL LLP
1055 West 7th Street
24th Floor
Los Angeles, CA 90017
Tel: 213.891.9100
Fax: 213.488.1178
DOlson@clarkhill.com
LLevitan@clarkhill.com

Attorneys for Defendants
FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: **2:17-cv-08272-ODW-RAO**<br><br>**[Assigned to Hon. Otis D. Wright]**<br><br>**DECLARATION OF MERCEDE P. GUILLORY IN SUPPORT OF THE OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* #1**<br><br>Complaint Filed: October 27, 2017<br><br>Pretrial Conference: March 4, 2019<br><br>Trial Date: April 2, 2019<br><br>Date: March 18, 2019<br>Time: 3:00 p.m.<br>Judge: Hon. Otis D. Wright II<br>Dept.: 5D |

I, Mercede P. Guillory, declare:

1. I am a legal secretary employed at the law firm of Clark Hill LLP, counsel for Defendant FCA US LLC ("Defendant".)

2. I have personal knowledge of the matters set forth herein, and if called as a witness in this matter, I could and would competently testify thereto.

3. On October 18, 2018 I printed the responses from the word document and did not realize that the electronic signature was not printed. I now understand that the

signature only prints when the document is turned into a PDF format.

I declare under penalty of perjury under the laws of the state of California, that the foregoing is true and correct.

Executed this 11th day of March, 2019 at Los Angeles, California.


*/s/Mercede P. Guillory*
Mercede P. Guillory

**CERTIFICATE OF SERVICE**
*Maria De Lourdes Luna, et al. v. FCA US LLC, et al.*
United States District Court for the Central District of California
Case No. 2:17-cv-08272-ODW-RAO

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1055 West Seventh Street, 24th Floor, Los Angeles, California 90017.

On March 11, 2019, I served the foregoing document(s) described as:

**DECLARATION OF MERCEDE P. GUILLORY IN SUPPORT OF THE OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #1**

on the parties in this action by placing

☐  the original of the document(s)       ☒  true copies of the document(s)

in separate sealed envelopes addressed to the following party(ies) in this matter at the following address(es):

| | |
|---|---|
| Christine Haw, Esq.<br>Caitlin J. Scott, Esq.<br>Anthony Ross, Esq.<br>**STRATEGIC LEGAL PRACTICES, APC**<br>1840 Century Park East, Suite 430<br>Los Angeles, CA 90067<br>T: 310-929-4900<br>F: 310-943-3838<br>vshin@slpattorney.com | *Attorneys for Plaintiff* **MARIA DE LOURDES LUNA and KAREN CANO** |

☐    **BY U.S. MAIL:**  I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith. I am readily familiar with Clark Hill's practice of collection and processing correspondence for mailing.  Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐    **BY OVERNIGHT DELIVERY:**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐    **BY FACSIMILE:**  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the above-named persons at the fax numbers exhibited therewith.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission, which I printed out, is attached.

1

**PROOF OF SERVICE**

☐  **BY PERSONAL SERVICE:** I caused the above document to be personally served to the above-named persons at the addresses exhibited therewith. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐  **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the above-named persons at the e-mail addresses exhibited therewith. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒  **BY CM/ECF:** The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on March 11, 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
MERCEDE GUILLORY

2

**PROOF OF SERVICE**