UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-08272-ODW-(RAO) | Date | March 18, 2019 |
|---|---|---|---|
| Title | Maria De Lourdes Luna et al v. FCA US LLC | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|

| Sheila English | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christine J Haw | Lynn R Levitan |
| Hallen David Rosner | Penelope M Deihl |

**Proceedings:**   **PRETRIAL CONFERENCE/ MOTIONS IN LIMINE**

Case called, appearances made. The Court hears oral argument on the motions in limine and makes the following rulings:

-MOTION IN LIMINE (#1) to Exclude Evidence or Argument Contrary to Matters Deemed Admitted[**55**]- GRANTED
-MOTION IN LIMINE (#2) to Exclude Evidence or Testimony by Defendants Expert Witness  [**56**]- GRANTED

Defendant's MIL:
- MOTION IN LIMINE (#1) to Exclude Evidence Regarding Negative Press Coverage of the "Automotive Industry [**57** ]-GRANTED
-MOTION IN LIMINE (#2) [**58**]- to Exclude Evidence of Unrelated Actions GRANTED
-MOTION IN LIMINE (#3) [**59**]- to Exclude Any Evidence and Claims- GRANTED
-MOTION IN LIMINE (#4) to  [**60**]- to Exclude Testimony or Evidence of Defendant's Financial Condition or Wealth- GRANTED

The Court discussed trial issues with counsel, including scheduling and conduct.

Counsel advised the Court that the estimated trial days needed are 4 days with 8-

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-08272-ODW-(RAO) | Date | March 18, 2019 |
|---|---|---|---|
| Title | Maria De Lourdes Luna et al v. FCA US LLC | | |

jurors.

Due to the congestion of the Court's calendar, the **trial is continued to: June 4, 2019 at 9:00 a.m.**

: 43

Initials of Preparer                    se