Payam Shahian (SBN 228406)
Email : pshahian@slpattorney.com
Jacob Cutler (SBN 264988)
e-mail: jcutler@slpattorney.com
**Strategic Legal Practices, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Hallen D. Rosner (SBN 109740)
Email: hal@rbblawgroup.com
**Rosner, Barry & Babbitt, LLP**
10085 Carroll Canyon Road, Suite 100
San Diego, California 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150

Attorneys for Plaintiffs MARIA DE LOURDES LUNA
and KAREN CANO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO,<br><br>                 Plaintiff,<br><br>          vs.<br><br>FCA US, LLC, a Delaware Limited Liability Company,<br><br>                 Defendant. | Case No.: 2:17-cv-08272-ODW-RAO<br><br>[Assigned to Hon. Otis D. Wright]<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEY FEES, COSTS, AND EXPENSES**<br><br>**Date: September 16, 2019**<br>**Time: 1:30 p.m.**<br>**Location: Courtroom 5D** |

PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEY FEES, COSTS, AND EXPENSES

**TO THE HONORABLE COURT, DEFENDANT, AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 16, 2019 at 1:30 p.m. in Courtroom 5D of the above-captioned court, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Maria De Lourdes Luna and Karen Cano ("Plaintiff") will, and hereby does, move the Court, pursuant to the Song-Beverly Consumer Warranty Act, Cal. Civ. Code § 1794(d), for an Order awarding her attorney fees, costs, and expenses[1] in the total amount of $120,594.18. This amount consists of (a) $71,084.00 in attorney fees for Strategic Legal Practices; (b) $11,550.00 in attorney fees for Rosner, Barry & Babbitt LLP[2]; (c) $4,916.29 in recoverable costs and expenses for Strategic Legal Practices; (d) $621.99 in recoverable costs and expenses for Rosner, Barry & Babbitt LLP (e) a 1.35 multiplier enhancement (or $28,921.90) on the attorney fees; and (f) an additional $3,500 for Plaintiff's counsel to review Defendant's Opposition to Plaintiff's Motion for Attorney Fees, draft the Reply brief, and attend the hearing on this Motion (though counsel expects to incur well over $3,500 in fees on these tasks).

This Motion is made following the conference of counsel pursuant to L.R. 7-3 in which the parties had a telephonic conference of counsel on August 9, 2019 to see if this matter can be resolved without the need for judicial intervention. The parties were unable to reach a resolution. This Motion is made on the grounds that Plaintiff is the prevailing party under the signed settlement agreement and under the Song-Beverly Consumer Warranty Act claims at issue in this lawsuit.  Under the Act, agreement, and controlling authority, Plaintiff is entitled to such a fee award. This Motion for fees costs and expenses is being filed pursuant to the Court's Order at DKT. 81 which asked the parties to submit a briefing schedule which they did at DKT 83.

---

[1] The parties agreed that Plaintiff will file one motion for its fees, costs and expenses pursuant to California Civil Code 1794(d) (Cutler Decl. Ex. 5.)

[2] Mr. Rosner was associated in to be lead trial counsel in this case. (See Rosner Decl for his involvement which included attending the pretrial conference)

This Motion is based on this Notice; the Memorandum of Points and Authorities; the Declaration of Jacob Cutler; the Declaration of Payam Shahian; the Declaration of Hal Rosner; the Request for Judicial Notice; the pleadings and papers on file herein; and any other matter that may be presented to the Court at or before the hearing of this Motion.

Plaintiff requests that the Court Order Defendant to pay the awarded fees, costs and expenses within 30 days of the Court's ruling.

Dated: August 19, 2019

Respectfully submitted,
STRATEGIC LEGAL PRACTICES, APC

By: _____
JACOB CUTLER
Attorney for Plaintiff

2