Payam Shahian (SBN 228406)
Email : pshahian@slpattorney.com
Jacob Cutler (SBN 264988)
e-mail: jcutler@slpattorney.com
**Strategic Legal Practices, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Hallen D. Rosner (SBN 109740)
Email: hal@rbblawgroup.com
**Rosner, Barry & Babbitt, LLP**
10085 Carroll Canyon Road, Suite 100
San Diego, California 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150

Attorneys for Plaintiffs MARIA DE LOURDES LUNA
and KAREN CANO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:17-cv-08272-ODW-RAO<br><br>[Assigned to Hon. Otis D. Wright]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS AND EXPENSES**<br><br>**Date: September 16, 2019**<br>**Time: 1:30 p.m.**<br>**Location: Courtroom 5D** |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Maria De Lourdes Luna and Karen Cano ("Plaintiff"), through their attorneys of record, request that the Court take judicial notice of the following documents in support of Plaintiff's Motion for Attorney Fees, Costs and Expenses. Said request is being made pursuant to The Federal Rules of Evidence section 201.

1. A February 27, 2014 Minute Order granting plaintiff's motion for fees and costs in the matter *Khani v. Ford Motor Company* (L.A. Super. Ct. Case No. BC466626), attached as **Exhibit 1** to the Declaration of Payam Shahian.

2. A May 9, 2017 Stipulation and signed Order regarding judgment of jury verdict with a 2 times civil penalty and attorney fees, costs, and expenses in the matter of *Vanwaus v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC591282), attached as **Exhibit 2** to the Declaration of Payam Shahian.

3. A September 27, 2017 Minute Order concerning the Court's Fee Order in the matter of *Fuller v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC556964), attached as **Exhibit 3** to the Declaration of Payam Shahian.

4. A February 27, 2018 Notice of Ruling and Tentative Ruling in the matter of *Kazaryan v. Mercedes-Benz USA, LLC* (Los Angeles Super. Ct., Case No. BC574416) attached as **Exhibit 4** to the Declaration of Payam Shahian.

5. A Notice of Ruling in the matter of *Geredes v. Chrysler Group LLC* (Los Angeles Super. Ct., Case No. BC52364) attached as **Exhibit 5** to the Declaration of Payam Shahian.

6. A Notice of Ruling in the matter of *Ahmed Al-Jiboury v. FCA* (Los Angeles Superior Court Case No BC648057) attached as **Exhibit 6** to the Declaration of Payam Shahian.

7. A Notice of Order in *Hall v. FCA* (San Diego Superior Court Case No 37-2016-00006383) attached as **Exhibit 7** to the Declaration of Payam Shahian

8. A Second Amended Judgment on Jury Verdict after Entry of Additur

1

in the matter of *Kadkhoda v. MBUSA* (Los Angeles Superior Court Case No BC563069) attached as **Exhibit 8** to the Declaration of Payam Shahian.

9.    A Notice of Ruling on Plaintiff's motion for attorney's fees, costs and expenses in the matter of *Raul Galindo v. General Motors* (LASC Case No BC693061) attached as **Exhibit 9** to the Declaration of Payam Shahian.

10.    An Order on attorney's fees and prejudgment interest in the lemon law matter of *Abraham Forouzan v. BMW* (United States District Court for the Central District of California Case No. 2:17-cv-03875-DMG-GJS), attached as **Exhibit 10** to the Declaration of Payam Shahian.

11.    An Order on attorney's fees, costs and expenses in the lemon law matter of *Joshua Holeman v. FCA* (United States District Court for the Central District of California Case No. 2:17-cv-08273-SVW-SK), attached as **Exhibit 11** to the Declaration of Payam Shahian.

12.    An Order on attorney's fees, costs and expenses in the lemon law matter of *Catherine Shepard v. BMW* (Los Angeles Superior Court Case No. BC622506), attached as **Exhibit 12** to the Declaration of Payam Shahian

13.    An Order on attorney's fees and prejudgment interest in the lemon law matter of *Jerry Zomorodian v. BMW* (United States District Court for the Central District of California Case No. 2:17-cv-5061-DMG(PLAx), attached as **Exhibit 7** to the Declaration of Jacob Cutler.

Dated:  August 19, 2019

Respectfully submitted,
Strategic Legal Practices, APC

By: _____

JACOB CUTLER
Attorney for Plaintiff

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES