Payam Shahian (SBN 228406)
Email : pshahian@slpattorney.com
Jacob Cutler (SBN 264988)
e-mail: jcutler@slpattorney.com
**Strategic Legal Practices, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Hallen D. Rosner (SBN 109740)
Email: hal@rbblawgroup.com
**Rosner, Barry & Babbitt, LLP**
10085 Carroll Canyon Road, Suite 100
San Diego, California 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150

Attorneys for Plaintiffs MARIA DE LOURDES LUNA and KAREN CANO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARIA DE LOURDES LUNA and KAREN CANO,

Plaintiff,

vs.

FCA US, LLC; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:17-cv-08272-ODW-RAO

[Assigned to Hon. Otis D. Wright]

**DECLARATION OF PAYAM SHAHIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS, AND EXPENSES**

**Date: September 16, 2019**
**Time: 1:30 p.m.**
**Location: Courtroom 5D**

# DECLARATION OF PAYAM SHAHIAN

I, Payam Shahian, declare as follows:

1. I am an attorney admitted to the Bar of the State of California. I am the managing partner of Strategic Legal Practices, APC ("Strategic"), counsel of record for Plaintiffs Maria De Lourdes Luna and Karen Cano ("Plaintiff") in the above-entitled action. My knowledge of the information and events described herein derives from a combination of my personal knowledge and a careful review of relevant court records and communications with other attorneys, and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff's Motion for Attorney's Fees, Costs, and Expenses.

***Experience of Attorneys Involved in this Matter***

3. I received my law degree in 2003 from the University of California, Hastings School of Law. From 2004 to 2007, I worked at Bowman & Brooke LLP, a national defense firm, where I represented Ford Motor Company in consumer warranty cases. From 2007 to 2010, I worked at a large Plaintiff's class action firm, where I handled complex consumer and employment cases. In 2010, I founded Strategic, with a primary focus in consumer warranty and fraud cases, including class actions.

4. I have extensive experience with claims brought under the Song-Beverly Consumer Warranty Act ("Song-Beverly") and other consumer protection statutes, both as a plaintiff and defense attorney, and I have litigated hundreds of automotive defect cases involving California's consumer protection statutes, including Song-Beverly. *See, e.g., Ehrlich v. BMW of N. America*, 801 F. Supp. 2d 908 (C.D. Cal. 2010); *Keegan v. Am. Honda Motor Co., Inc.*, 838 F. Supp. 2d 929 (C.D. Cal. Jan. 6, 2012); *Cholakyan v. Mercedes-Benz USA, LLC*, 796 F. Supp. 2d 1220 (C.D. Cal. 2011).

5. I also have experience representing consumers in appellate matters. *See Khani v. Ford Motor Company*, 215 Cal.App.4th 916 (2013) (reversing trial court's disqualification of Mr. Shahian and Strategic as chosen counsel for plaintiff in a Song-Beverly matter); *Aberdeen v. Toyota Motor Sales, U.S.A., Inc.*, 2011 WL 939250 (9th Cir. 2011) (affirming in part and reversing in part district court's denial of class certification where Plaintiff alleged Toyota failed to disclose the real-world fuel economy of the Prius); *Price v. Automobile Club of Southern California*, 2010 WL 2028529 (L.A. Super. Ct. 2010) (ruling that lower court erred in sustaining defendant's demurrer without leave to amend because plaintiff was class member in another related uncertified case.).

6. I have successfully negotiated settlements totaling millions of dollars on behalf of consumers nationwide. *See, e.g., Meyer v. Bebe Stores, Inc.*, Case No. 14-00267, Dkt. No. 164 (N.D. Cal. Dec. 6, 2017) (as Co-Lead Class Counsel, achieved nationwide settlement on behalf of consumers who received text messages from Bebe Stores, Inc.); *Gray v. BMW of North America, LLC*, Case No. 13-3417, Dkt. No. 86 (D.N.J. Aug. 24, 2017) (as Co-Lead Class Counsel, achieved nationwide settlement on behalf of consumers of certain BMW vehicles for alleged convertible top defect); *Haghayeghi v. Guess?, Inc.*, Case No. 14-cv-00020, Dkt. No. 100 (S.D. Cal. Apr. 25, 2017) (as Co-Lead Class Counsel, achieved nationwide settlement on behalf of consumers who received text messages from Guess?, Inc.); *Zakskorn v. American Honda Motor Co., Inc.*, Case No. 11-02610, Dkt. No. 86 (E.D. Cal. June 9, 2015) (as Co-Lead Class Counsel, achieved nationwide settlement on behalf of consumers of certain Honda Civic vehicles for alleged brake pad defect); *Asghari v. Volkswagen Group of America*, Case No. 13-02529, Dkt. No. 185 (C.D. Cal. May 29, 2015) (as Co-Lead Class Counsel, achieved nationwide settlement on behalf of consumers of certain Audi and Volkswagen vehicles for alleged oil consumption defect); *Aarons v. BMW of North America, LLC*, Case No. 11-7667, Dkt. No. 152 (C.D. Cal. April 29, 2014)

(as class counsel, achieved nationwide settlement on behalf of consumer of certain MINI vehicles for alleged transmission defect); *Keegan v. American Honda Motor Co, Inc.*, Case No. 10-09508, Dkt. No. 171 (C.D. Cal. Jan. 21, 2014) (as class-counsel, achieved a nationwide settlement on behalf of consumers of certain Honda Civics for alleged rear suspension defect); *Kennedy-Lebar v. Volkswagen Group of America, Inc.*, Case No. 10-05126, Dkt. No. 100 (D.N.J. 2013) (as class counsel, achieved a nationwide settlement on behalf of consumers of certain Audi vehicles for alleged headlight defect); *Sadowska v. Volkswagen Group of America, Inc.*, Case No. 11-00665, Dkt. No. 127 (C.D. Cal. 2013) (as class counsel, achieved a nationwide settlement on behalf of approximately 64,000 consumers of certain Audi vehicles for alleged transmission defect); *In re Mini Windshield Actions (Ehrlich v. BMW)*, Case No. 10-01151, Dkt. No. 94 (C.D. Cal. 2012) (as class counsel, achieved a nationwide class action settlement on behalf of consumers of MINI Coopers for alleged windshield defects); *Marsikian v. Mercedes-Benz USA, LLC*, Case No. 08-04876, Dkt. No. 125 (C.D. Cal. 2010) (nationwide class action settlement involving over 100,000 vehicles with an alleged water leak defect); *Haghayeghi v. Guess?, Inc.*, Case No. 14-00020, Dkt. No. 100 (S.D. Cal. Apr. 25, 2017) (nationwide class action settlement on behalf of persons who received text messages from Guess).

7. While I am not submitting any time I have spent in connection with supervising this matter, the following is a summary of cases in which my hourly rates have been approved. *See Falco et al v. Nissan North America, Inc.*, Case No. 2:13-cv-00686-DDP-Manx, Dkt. No 325 (C.D. Cal. June 1, 2018) (approving my requested hourly rate of $670); *Meyer v. Bebe Stores, Inc.*, Case No. 14-00267, Dkt. No. 165 (N.D. Cal. December 6, 2017) (approving my requested hourly rate of $650); *Gray v. BMW of North America, LLC*, Case No. 13-3417, Dkt. Nos. 85-87 (D.N.J. Aug. 24, 2017) (approving my requested hourly rate of $650); *Haghayeghi v. Guess?, Inc.*, Case No. 14-cv-00020, Dkt. No. 100 (S.D. Cal. Apr.

25, 2017) (in 2017, approving my hourly rate of $650 in a Telephone Consumer Protection Act class action); *Zakskorn v. American Honda Motor Co., Inc.*, 2015 WL 3622990 (E.D. Cal June 9, 2015) (approving my requested hourly rate of $595); *Asghari, et al. v. Volkswagen Group of America, Inc., et al.*, Case No. 13-CV-02529, Dkt. No. 185 (C.D. Cal. May 29, 2015) (same); *Aarons et al. v. BMW of North America, LLC*, Case No. 11-cv-07667, Dkt. No. 152 (C.D. Cal. April 29, 2014) (in 2014, approving my hourly rate of $590 in consumer warranty matter involving BMW breach of warranty and its failure to disclose material defects to consumers); *Keegan et al. v. American Honda Motor Co., Inc.*, Case No. 10-cv-09508-MMM-AJW, Dkt. No. 171 (C.D. Cal. Jan. 1, 2014) (approving my hourly rate of $570 as the managing partner of Strategic); *Kennedy-Lebar et al. v. Volkswagen Group of America, Inc.*, Case No. 10-05126-KM-MF, Dkt. No. 100 (D.N.J. 2013) (same); *Sadowska et al. v. Volkswagen Group of America, Inc.*, Case No. 11-00665-BROAGR, Dkt. No. 127 (C.D. Cal. 2013) (same); *In Re Mini Windshield Actions*, Case No. 2:10-cv-01151-ABC (PJWx) (C.D. Cal. October 1, 2012) (approving my hourly rate of $550 as the managing partner of SLP); *Gong-Chun v. Aetna, Inc.*, Case No. 09-CV-01995-AWI-SKO (E.D. Cal. July 11, 2011) (approving my hourly rate as an associate at a prior law firm in the amount of $520); *Marsikian v. Mercedes-Benz USA, LLC*, Case No. 08-CV-04876-AHM-FMO (C.D. Cal. May 17, 2010) (approving my hourly rate of $445 in 2010).

8. Attached hereto as **Exhibit 1** is a true and correct copy of the February 27, 2014 Court Order adopting its tentative and granting plaintiff over 98% of the requested lodestar of time actually incurred (as well as a 1.5 multiplier enhancement on that lodestar) on plaintiff's motion for fees and costs in the lemon law matter of *Khani v. Ford Motor Company* (L.A. Super. Ct. February 27, 2014).

9. Attached hereto as **Exhibit 2** is a true and correct copy of a May 9, 2017 Stipulation and signed Order regarding judgment of jury verdict with a 2 times civil penalty and attorney fees, costs, and expenses in the matter of *Vanwaus*

*v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC591282). Plaintiff filed a motion seeking attorney fees, costs and expenses of approximately $203,000.00. Instead of continuing to litigate, the parties came to an agreement where FCA agreed to pay $200,000.00 in attorney fees, costs, and expenses or roughly 99% of what plaintiff originally sought in his motion.

10. Attached hereto as **Exhibit 3** is a true and correct copy of a September 27, 2017 Minute Order concerning the Court's Fee Order in the matter of *Fuller v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC556964). As reflected in the fee order, the Court awarded plaintiff 100% of the requested lodestar of time actually incurred (as well as a 1.5 multiplier enhancement on that lodestar).

11. Attached hereto as **Exhibit 4** is a true and correct copy of the Notice of Ruling and February 27, 2017 Tentative ruling in the matter of *Kazaryan v. Mercedes-Benz USA, LLC* (Los Angeles Super. Ct., Case No. BC574416) granting 100% of the requested lodestar for Strategic Legal Practices, APC in plaintiff's motion for attorneys' fees, costs, and expenses.

12. Attached hereto as **Exhibit 5** is a true and correct copy of the Notice of Ruling in the matter of *Geredes v. Chrysler Group LLC* (Los Angeles Super. Ct., Case No. BC523641) granting 100% of the requested lodestar for Strategic Legal Practices, APC in plaintiff's motion for attorneys' fees, costs, and expenses.

13. Attached as **Exhibit 6** is a true and correct copy of the Notice of Ruling in *Ahmed Al-Jiboury v. FCA* (Los Angeles Superior Court Case No BC648057) in which the Court awarded Plaintiff 100% of the requested lodestar.

14. Attached as **Exhibit 7** is a true and correct copy of the Notice of Order in *Hall v. FCA* (San Diego Superior Court Case No 37-2016-00006383) in which the Court awarded Plaintiff 100% of the requested lodestar.

15. Attached hereto as **Exhibit 8** is a true and correct copy of the Second Amended Judgment on Jury Verdict after Entry of Additur in the matter of

*Kadkhoda v. MBUSA* (Los Angeles Superior Court Case No BC563069) in which the Court awarded $278,057.00 in fees, costs and expenses.

16. Attached hereto as **Exhibit 9** is a true and correct copy of the Notice of Ruling on Plaintiff's motion for attorney's fees, costs and expenses in the matter of *Raul Galindo v. General Motors* (LASC Case No BC693061) in which the Court approved all of Plaintiff's requested rates (from $350/hr to $595/hr) and granted 100% of the requested lodestar.

17. Attached as **Exhibit 10** is a true and correct copy of the Order on attorney's fees and prejudgment interest in the lemon law matter of *Abraham Forouzan v. BMW* (United States District Court for the Central District of California Case No. 2:17-cv-03875-DMG-GJS) in which the Court approved Plaintiff's rates ranging from $350/hr-$595/hr

18. Attached as **Exhibit 11** is a true and correct copy of the Order on attorney's fees, costs and expenses in the lemon law matter of *Joshua Holeman v. FCA* (United States District Court for the Central District of California Case No. 2:17-cv-08273-SVW-SK) in which the Court approved Plaintiff's rates and granted 100% of Plaintiff's requested lodestar.

19. Attached as **Exhibit 12** is a true and correct copy of the Order on attorney's fees, costs and expenses in the lemon law matter of *Catherine Shepard v. BMW* (Los Angeles Superior Court Case No. BC622506) in which the Court approved Plaintiff's rates and granted 100% of Plaintiff's requested lodestar.

***Experience of Other Attorneys at Strategic Legal Practices, APC***

20. As one of the firm's most senior attorney, I supervise other attorneys at the firm and do not get materially involved in the day-to-day handling of individual Lemon Law cases unless they involve complex legal issues, reach significant stages of litigation, or require my assistance per the request of attorney handling the matter. In addition, as the founder of this firm, I am familiar with the experience and background of each attorney who has worked on this case at

Strategic Legal Practices. Moreover, based on my own experience and review of relevant court orders in the Los Angeles area, I believe the following rates for each attorney who billed to this matter is reasonable.

21. Gregory Yu received his law degree in 2003 from the University of Southern California, Gould School of Law. From 2004 to 2006, Mr. Yu worked at a prominent Southern California insurance and employment defense firm representing national insurance companies. From 2006 to 2010, he worked at a plaintiff-side class action firm specializing in wage-and-hour and consumer law, where he helped to recover millions of dollars on behalf of employees nationwide. Mr. Yu has been of-counsel to Strategic since 2011 and has been involved in litigating individual and class action consumer matters.

22. Although Gregory Yu's hourly rate of $575 has been approved as most recently as in 2017 in another matter, we only seek here an hourly rate of $525, which is reasonable and consistent with what has been approved by the courts. *See Shepard v. BMW* (Los Angeles Superior Court Case No. BC622506) (approving Mr. Yu's 2019 rate of $525/hr); *Orozco v. FCA* (Los Angeles Superior Court Case No BC714264) (approving Mr. Yu's 2019 rate of $525/hr); *Abraham Forouzan v. BMW of North America, LLC et al* [United States District Court Central District Case No CV 17-3875-DMG (GJSx)] (court approved Mr. Yu's 2018 rate of $495/hr); *Falco et al v. Nissan North America, Inc.*, Case No. 2:13-cv-00686-DDP-Manx, Dkt. No 325 (C.D. Cal. June 1, 2018) (approving Mr. Yu's requested hourly rate of $595) *Haghayeghi v. Guess, Inc.*, Case No. 14-00020, Dkt. No. 100 (S.D. Cal. Apr. 25, 2017) (approving Mr. Yu's requested hourly rate of $575); *Fuller v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC556964) (approving Mr. Yu's requested hourly rate of $495); *Zakskorn v. American Honda Motor Co., Inc.*, 2015 WL 3622990 (E.D. Cal June 9, 2015) (approving Mr. Yu's requested hourly rate of $550); *Asghari, et al. v. Volkswagen Group of America, Inc., et al.*, Case No. 13-CV-02529, Dkt. No. 185 (C.D. Cal. May 29, 2015)

(same); *Aarons et al. v. BMW of North America, LLC*, Case No. 11-cv-07667, Dkt. No. 152 (C.D. Cal. April 29, 2014) (approving Mr. Yu's hourly rate of $545); *Violi v. Hyundai Motor America* (L.A. Super. Ct., Civil Case No. BC574483) (Feb. 6, 2017) (approving Attorney Yu's rate of $495)[1]; *Reyes v. Ford Motor Company* (L.A. Super. Ct., Civil Case No. BC521175 (Oct. 3, 2014)) (in a lemon law matter, approving Mr. Yu's then-hourly rate of $445, as requested back in calendar year 2014)[2]; *Khani v. Ford Motor Company* (L.A. Super. Ct., Civil Case No. BC466626, Feb. 27, 2014) (in a lemon law matter, approving Mr. Yu's then-hourly rate of $445 as requested back in calendar year 2014)[3].

23. Jacob Cutler received his law degree in 2009 from the University of Miami School of Law. He was admitted to the California State Bar in December of 2009. Prior to joining Strategic, he specialized in complex litigation and gained invaluable experience advocating on behalf of both plaintiffs and defendants in various civil disputes. As an associate of Strategic, Mr. Cutler focuses his practice in areas of consumer protection and automotive defect litigation.

24. Jacob Cutler's 2019 hourly rate of $435 in this case is reasonable and consistent with what has been approved by the courts. *See Shepard v. BMW* (Los Angeles Superior Court Case No. BC622506) (approving Mr Cutler's 2017 hourly rate of $395/hr and 2019 hourly rate of $435); *Orozco v. FCA* (Los Angeles Superior Court Case No BC714264) (approving Mr. Cutler's 2018 rate of $410/hr and 2019 rate of $435/hr); *Holeman v. FCA* (United States District Court Central District Case No 2:17-cv-08273 (Court approved Mr. Cutler's 2018 rate of $410/hr); *Hall v. FCA* (San Diego Superior Court Case No. 37-2016-00006383) (approving Mr. Cutler's 2016 hourly rate of $385, 2017 hourly rate of $395, and 2018 hourly rate of $410); *Howard v. FCA* (Los Angeles Superior Court Case No BC 612130) (approving Mr. Cutler's 2018 rate of $410/hr); *Ahmed Al-Jiboury v.*

[1] Ex. 7, at pg. 4.
[2] *See*, Ex. 2, 5:4-6 & fn. 1.
[3] *See*, Ex. 1, at 12:11-20.

*FCA* (Los Angeles Superior Court Case No BC648057) (approving Mr. Cutler's 2018 rate of $410/hr);.*Fuller v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC556964) (approving Mr. Cutler's requested 2016 rate of $385/hr and Mr. Beck's requested hourly rate of $400 for 2017 who like Mr. Cutler is a 2009 Law school graduate); *Villasenor v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC590404) (approving Mr. Cutler's 2017 rate of $395 an hour).

25. Gregory Sogoyan graduated from Southwestern Law School in 2015 and was admitted to the CA Bar in December 2017. At Strategic Legal Practices, Mr. Sogoyan works on lemon law litigation.

26. Mr. Sogoyan's requested rate of $350/hr is reasonable and consistent with the rates (as approved by California Courts) of other attorneys with similar years of experience at the Strategic Legal Practices. *See Shepard v. BMW* (Los Angeles Superior Court Case No. BC622506) (approving Mr. Sogoyan's rate of $350/hr); *Gutierrez v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC565468) (approving Attorney Lee's rate of $350. Ms. Lee is a 2013 law school graduate*)*; *Moreno v. BMW of North America, LLC* (L.A. Super. Ct., Civil Case No. BC556383) (approving Attorney Mellon's (a 2014 Bar admittee) rate of $325); *Atanuspour v. BMW of North America, LLC* (L.A. Super. Ct., Civil Case No. BC513063 (Nov. 7, 2014)) (finding a "blended rate" of $350/hour as reasonable for attorney's with less than five years of experience.)

27. Christine Haw received her law degree from the University of Southern California in 2012. She was admitted to the California State Bar in May of 2013. Prior to joining Strategic Legal Practices, APC, Ms. Haw gained civil litigation experience by representing employees in wrongful termination cases. Since joining SLP, she has represented consumers in breach of warranty cases and has litigated cases through trial.

28. Ms. Haw's 2018 hourly rate of $375 and 2019 rate of $410/hr is reasonable and in line with other attorneys at Strategic Legal Practices who have

had their rates approved by other courts in California. *See Sandhu v. Volvo et al* (Santa Clara Superior Court Case No. 16CV298183) (approving Ms. Haw's 2016 hourly rate of $350, 2017 hourly rate of $365 and 2018 hourly rate of $375); [Moreno v. BMW of North America, LLC (L.A. Super. Ct., Civil Case No. BC556383) (approving Attorney Vongchanglor's rate of $345. Ms. Vonglongchor was admitted to the CA Bar in 2011)]; Gutierrez v. FCA US, LLC (Los Angeles Super. Ct., Case No. BC565468) (approving Attorney Lee's rate of $350. Ms. Lee is a 2013 law school graduate. Also approving Ms. Cronk's requested rate of $385/hr. Ms. Cronk is a 2010 law school graduate; Fuller v. FCA US, LLC (Los Angeles Super. Ct., Case No. BC556964) (approving Mr. Beck's requested hourly rate of $400 for 2017. Ms Haw like Mr. Beck has lemon law trial experience.

29. Marcy Sanchez graduated from Occidental College in 2003. She was admitted to the CA State Bar in November of 2006. At Strategic Legal Practices, Ms. Sanchez works on lemon law litigation.

30. Ms. Sanchez's requested hourly rate of $475 is reasonable and consistent with the rates (as approved by California Courts) of other attorneys with similar years of experience at the Strategic Legal Practices. See, *Raul Ramos v. FCA* (Los Angeles Superior Court Case No. BC662094) (approving Ms. Sanchez's rate of $475/hr); *Bruno v. FCA* (Los Angeles Superior Court Case No. BC662094) (approving Ms. Knafo's rate of $445/hr. Ms. Knafo was also admitted to the CA State Bar in 2006; *Ahmed Al-Jiboury v. FCA* (Los Angeles Superior Court Case No BC648057) (approving Mr. Tarter's rate of$435/hr. Mr. Tarter was admitted to the CA State Bar in 2008.) Ex 12 Fuller v. FCA US, LLC (Los Angeles Super. Ct., Case No. BC556964) (approving Mr. Beck's requested hourly rate of $400 for 2017. Mr Beck was admitted to the CA State Bar in 2010, also approving Mr. Cutler's requested 2016 rate of $385/hr. Mr. Cutler was admitted to the CA State Bar in 2009).

31. Caitlin Scott, graduated from Trinity Law School. She was admitted to the California State Bar in August of 2016. Since joining SLP, he has represented consumers in breach of warranty cases including taking cases to trial.

32. Caitlin Scott's 2018 requested rate of $335/hr and 2019 rate of $365/hr in this case is reasonable and consistent with what has been approved by the courts. *See Sandhu v. Volvo et al* (Santa Clara Superior Court Case No. 16CV298183) (approving Ms. Haw's 2016 rate of $350/hr. At that time Ms. Haw had similar experience to Ms. Scott); *Gutierrez v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC565468) (approving Attorney Lee's rate of $350. Ms. Lee is a 2013 law school graduate); *Moreno v. BMW of North America, LLC* (L.A. Super. Ct., Civil Case No. BC556383) (approving Attorney Mellon's (a 2014 Bar admittee) rate of $325); *Atanuspour v. BMW of North America, LLC* (L.A. Super. Ct., Civil Case No. BC513063 (Nov. 7, 2014)) (finding a "blended rate" of $350/hour as reasonable for attorney's with less than five years of experience.

33. Nancy Zhang is a former associate of Strategic. She received her law degree from The University of West Los Angeles in 2013 and was admitted to the California Bar in December of 2013. As an associate of Strategic, Ms Zhang focused her practice on the representation of consumers in consumer warranty actions.

34. The requested hourly rate of $365 for Ms. Nancy Zhang is reasonable and within the range of approved rates for other attorneys at Strategic Legal Practices who have had their rates approved by other courts in the Los Angeles County area. *See, Hall v. FCA* (San Diego Superior Court Case No. 37-2016-00006383) (approving Ms. Farazian's rate of $375/hr- she has similar experience to that of Ms. Zhang); *Gutierrez v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC565468) (approving Attorney Lee's rate of $350. Ms. Lee is also a 2013 law school graduate); Ex. 12, at 3:8-10 & fn. 1 [*Moreno v. BMW of North America, LLC* (L.A. Super. Ct., Civil Case No. BC556383) (approving Attorney

Vongchanglor's (admitted to CA Bar in 2011) rate of $345)]; 11, at pg. 4:5-5:2 [*Derakshanian v. BMW of North America, LLC* (L.A. Super. Ct., Civil Case No. BC548652 (May 20, 2016)) (approving Attorney Vongchanglor's rate of $345); Ex. 9-10 [*Atanuspour v. BMW of North America, LLC* (L.A. Super. Ct., Civil Case No. BC513063 (Nov. 7, 2014)) (finding a "blended rate" of $350/hour as reasonable for attorney's with less than five years of experience (*see*, Ex. 10 at 2:12-16))].

35. Yoel Hanohov, a former associate of SLP, went to UCLA Law School and was admitted to the California State Bar in 2017. At SLP, he focused on lemon law litigation.

36. Mr. Hanohov's 2018 requested rate of $350/hr in this case is reasonable and consistent with what has been approved by the courts. *See Holeman v. FCA* (United States District Court Central District Case No. 2:17-cv-08273) (approving Mr. Tai's 2018 rate of $350/hr. Mr. Hanohov has similar experience to Mr. Tai); *Gutierrez v. FCA US, LLC* (Los Angeles Super. Ct., Case No. BC565468) (approving Attorney Lee's rate of $350. Ms. Lee is a 2013 law school graduate*)*; *Moreno v. BMW of North America, LLC* (L.A. Super. Ct., Civil Case No. BC556383) (approving Attorney Mellon's (a 2014 Bar admittee) rate of $325); *Atanuspour v. BMW of North America, LLC* (L.A. Super. Ct., Civil Case No. BC513063 (Nov. 7, 2014)) (finding a "blended rate" of $350/hour as reasonable for attorney's with less than five years of experience.

37. Diana Rivero graduated from Loyola School of Law and was admitted to the California Bar in December of 2014. Prior to joining SLP, Diana was an associate at a boutique labor and employment firm where she represented Federal employees before the EEOC and Merit Systems Protection Board. Thereafter, she represented tenants in unlawful detainer actions as a staff attorney for a housing rights non-profit. Currently, Diana's practice centers on consumer

protection and breach of warranty claims. At SLP, she focuses on lemon law litigation.

38. Ms. Rivero's 2018 hourly rate of $375 is reasonable and in line with other attorneys at Strategic Legal Practices who have had their rates approved by other courts in California. *See Sandhu v. Volvo et al* (Santa Clara Superior Court Case No. 16CV298183) (approving Ms. Haw's 2016 hourly rate of $350, 2017 hourly rate of $365 and 2018 hourly rate of $375. Ms. Haw has similar experience to Ms. Rivero); [Moreno v. BMW of North America, LLC (L.A. Super. Ct., Civil Case No. BC556383) (approving Attorney Vongchanglor's rate of $345. Ms. Vonglongchor has similar experience to Ms. Rivero)]; Gutierrez v. FCA US, LLC (Los Angeles Super. Ct., Case No. BC565468) (approving Attorney Lee's rate of $350. Ms. Lee is a 2013 law school graduate); [Atanuspour v. BMW of North America, LLC (L.A. Super. Ct., Civil Case No. BC513063 (Nov. 7, 2014)) (finding that back in 2014 a "blended rate" of $350/hour as reasonable for attorney's with less than five years of experience (see, Ex. 14 at 2:12-16))].

39. Anthony Ross, a former associate, graduated from New York law school in 1996. He was admitted to the California State Bar in 2010. He has ample experience in civil litigation. While at SLP he focused on lemon law.

40. Mr. Ross requested hourly rate of $435/hr is reasonable and in line with other attorneys at Strategic Legal Practices who have had their rates approved by other courts in California. See *Ahmed Al-Jiboury v. FCA* (Los Angeles Superior Court Case No BC648057) (approving Mr. Tarter's rate of $435/hr. Mr. Tarter has similar experience to Mr. Ross) *Howard v. FCA* (Los Angeles Superior Court Case No BC 612130) (approving Mr. Cutler's 2018 rate of $410/hr, Mr. Becks' 2016 hourly rate of $385 and 2017 hourly rate of $400/hour. Mr. Ross has similar experience to that of Mr. Beck and Mr. Cutler); also *See Kazaryan v. Mercedes-Benz USA, LLC* (Los Angeles Super. Ct., Case No. BC574416)

(approving Mr. Devlin's 2017 rate of $400/hr. Mr. Ross has similar experience to Mr. Devlin.)

41. Karen Wallace graduated from Southwestern Law School in 2010 and was admitted to the California State Bar in 2010. Prior to joining Strategic Legal Practices, Karen gained expertise in complex civil litigation at a prominent plaintiffs' law firm in Los Angeles. At that firm she handled automotive defect cases in state and federal courts. Karen represents consumers with breach of warranty claims as an associate at Strategic Legal Practices.

42. Ms. Wallace requested hourly rate of $425/hr is reasonable and in line with other attorneys at Strategic Legal Practices who have had their rates approved by other courts in California. See *Ahmed Al-Jiboury v. FCA* (Los Angeles Superior Court Case No BC648057) (approving Mr. Tarter's rate of $435/hr. Mr. Tarter has similar experience to Ms. Wallace) *Howard v. FCA* (Los Angeles Superior Court Case No BC 612130) (approving Mr. Cutler's 2018 rate of $410/hr, Mr. Becks' 2016 hourly rate of $385 and 2017 hourly rate of $400/hour. Ms. Wallace has similar experience to that of Mr. Beck and Mr. Cutler); also *See Kazaryan v. Mercedes-Benz USA, LLC* (Los Angeles Super. Ct., Case No. BC574416) (approving Mr. Devlin's 2017 rate of $400/hr. Ms. Wallace has similar experience to Mr. Devlin.)

***Schedule of Fees and Costs***

43. It is the custom and practice of attorneys at Strategic to contemporaneously track their time during litigation and subsequently enter it into the firm's billing software during the normal course of business. Attached hereto as **Exhibit 13** is a true and correct copy of my firm's computerized billing records which I have reviewed and audited. In an exercise of billing judgment, I have removed or reduced any entry that I believed may be unnecessary, duplicative,

excessive or otherwise. I have also removed several attorneys not materially involved in this case.[4]

44. Plaintiff's counsel also expects to incur over $3,500.00 in attorney's fees in connection with reviewing Defendant's Opposition to Plaintiff's Motion for Attorney's Fees, Costs, and Expenses and preparing the Reply brief, and preparation for and attendance at the hearing on such motion. Nevertheless, Plaintiff's counsel is seeking only $3,500.00 in connection with these anticipated future tasks.

45. Accordingly, the total amount of SLP's attorney's fees being requested in this matter on Plaintiff's behalf is as follows:

| | |
|---|---|
| Base (unadjusted) lodestar for Strategic Legal Practices, APC: | $71,084.00 |
| Base (unadjusted) lodestar for Rosner, Barry and Babbitt LLP | $11,550.00 |
| Multiplier enhancement (1.35 x base lodestar) : | $28,921.90 |
| Additional anticipated fees for Reply and attendance at hearing: | $3,500.00 |
| Costs & Expenses for Strategic Legal Practices: | $4,916.29 |
| Costs & Expenses for Rosner, Barry and Babbitt LLP | $621.99 |
| **TOTAL:** | $120,594.18 |

46. As set forth above, Plaintiff's counsels seek reimbursement for cost and expenses in the amount of $5,538.28 as documented.

***Contingent Fee***

47. Our firm took Plaintiff's case on a contingent basis. Accordingly, our costs and fees were completely contingent upon a successful resolution of Plaintiff's case. Because this case was undertaken on a contingent fee basis, had

[4] Strategic is also not seeking any fees for time spent by the firm's legal support staff who assisted the attorneys in this case.

we lost, our firm would have lost all expenses incurred and fees generated in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

DATED: August 19, 2019

______________________________

PAYAM SHAHIAN