# EXHIBIT 2

Benjeman R. Beck (State Bar No. 268617)
bbeck@slpattorney.com
Angela Dailey (State Bar No. 278572)
adailey@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile:  (310) 943-3838

Neil Gieleghem (State Bar No. 107389)
ngieleghem@sbcglobal.net
**LAW OFFICES OF NEIL GIELEGHEM**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 284-3253

Attorneys for Plaintiff STEPHEN VANWAUS

ORIGINAL FILED

MAY 09 2017
LOS ANGELES
SUPERIOR COURT

COPY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| STEPHEN VANWAUS,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case Number: BC591282<br><br>Hon. Howard Halm<br>Dept. 53<br><br>**JOINT STIPULATION RE PARTIES AGREEMENT RE JUDGMENT OF JURY VERDICT AND ATTORNEY FEES, COSTS AND EXPENSES**<br><br>Case Initiated:  August 13, 2015<br>Hearing Date:   May 17, 2017 |

- 1 -

RAMOS    0120

Plaintiff STEPHEN VANWAUS ("Plaintiff"), Defendant FCA US, LLC, ("Defendant"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on February 28, 2017 the Court signed the Judgment of Jury Verdict awarding Plaintiff damages;

WHEREAS, on March 16, 2017, Plaintiff filed his Memorandum of Costs;

WHEREAS, on April 5, 2017, Defendant filed its Motion to Tax Costs;

WHEREAS, on April 12, 2017, Plaintiff filed his Motion for Attorney Fees;

WHEREAS, on April 21, 2017, Defendant filed a Notice of Undertaking for Appeal;

WHEREAS, on April 28, 2017, Defendant filed its Opposition to Plaintiff's Motion for Attorney Fees;

WHEREAS, on May 2, 2017, the Parties reached an agreement to resolve this matter short of an appeal;

WHEREAS, Defendant agrees to take its May 17, 2017 Motion to Tax Costs off-calendar;

WHEREAS, Plaintiff agrees to take his May 17, 2017 Motion for Attorney Fees off-calendar;

WHEREAS, the Parties agree to have the Court retain jurisdiction pursuant to Code of Civil Procedures Section 664.6 over the Parties' settlement agreement attached hereto as **Exhibit 1** and set an Order to Show Cause hearing;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through the undersigned counsel as follows:

Plaintiff STEPHEN VANWAUS and Defendant FCA US, LLC, by and through their respective attorneys of record hereby stipulate to allow the Court to remove and place off-calendar both the Motion for Attorney Fees and Motion to Tax Costs presently set for May 17, 2017 and retain jurisdiction pursuant to CCP Section 664.6 to enforce its terms therein, as well as set an Order to Show Cause hearing to an appropriate date for the Court's calendar.

- 2 -

JOINT STIPULATION RE PARTIES AGREEMENT RE JUDGMENT OF JURY VERDICT AND ATTORNEY FEES, COSTS, AND EXPENSES

RAMOS   0121

Dated: May 4 , 2017                STRATEGIC LEGAL PRACTICES, APC

                                   By: _____

                                   BENJEMAN BECK
                                   Attorneys for Plaintiff, STEPHEN
                                   VANWAUS


Dated: May 4 , 2017                GATES, O'DOHERTY, GONTER & GUY, LLP

                                   By: _____

                                   MATHEW PROUDFOOT
                                   Attorneys for Defendants FCA US, LLC

- 3 -

JOINT STIPULATION RE PARTIES AGREEMENT RE JUDGMENT OF JURY VERDICT AND ATTORNEY FEES, COSTS, AND EXPENSES

RAMOS    0122

[~~PROPOSED~~] ORDER

Upon consideration of the Joint Stipulation and [Proposed] Order to remove both the May 17, 2017 Motion for Attorney Fees and Motion to Tax Costs and good cause appearing therefor:

**IT IS ORDERED** that:

The Court will retain jurisdiction pursuant to Code of Civil Procedure Section 664.6 to enforce the terms of the settlement and remove both the May 17, 2016 Motion for Attorney Fees and May 17, 2017 Motion to Tax Costs off-calendar.

Based on the written settlement agreement the

~~The Order to Show Cause Hearing is set to~~ _____.

Case is dismissed with the court to retain jurisdiction under

**IT IS SO ORDERED.** 8:30 AM D/53 CCP 664.6. Plaintiff to give notice

DATED: 5/9/2017

JUDGE OF THE SUPERIOR COURT

JUDGE HOWARD L. HALM

- 4 -

RAMOS  0123

## AGREEMENT RE JUDGMENT OF JURY VERDICT AND ATTORNEY FEES, COSTS, AND EXPENSES

1.      This Agreement is entered into between PLAINTIFF STEPHEN VANWAUS and DEFENDANT FCA US, LLC in the lawsuit entitled STEPHEN VANWAUS v. FCA US, LLC, State of California Superior Court, County of Los Angeles, BC591282 (hereinafter "Subject Action.")

2.      On February 28, 2017, the Court signed the Judgment of Jury Verdict awarding Plaintiff STEPHEN VANWAUS **FORTY THOUSAND TWO HUNDRED AND FORTY DOLLARS AND 98/100 ($40,240.98)** in actual damages and **EIGHTY THOUSAND FOUR HUNDRED AND EIGHTY-ONE DOLLARS AND 96/100 ($80,481.96)** in additional damages for a total of **ONE HUNDRED TWENTY THOUSAND SEVEN HUNDRED AND TWENTY-TWO DOLLARS AND 94/100 ($120,722.94)** inclusive of the loan payoff to the lender.

3.      On March 16, 2017 Plaintiff filed his Memorandum of Costs in the amount of $58,488.58. Plaintiff's costs and expenses in the amount of $39,768.26 and prejudgment interest from the date the complaint was filed on August 13, 2015 to entry of judgment in the amount of $18,720.32.

4.      On April 5, 2017, Defendant filed its Motion to Tax Costs in the amount of $51,56.31.

5.      On April 12, 2017 Plaintiff filed his Motion for Attorney Fees in the amount of $256,631.75. Plaintiff's requested lodestar of $172,754.50 plus a 0.50 multiplier enhancement of $83,877.25. Defendant filed its Opposition on April 28, 2017.

6.      On April 21, 2017, Defendant filed a Notice of Undertaking for Appeal.

5.      On May 2, 2017, the Parties reached an agreement to resolve this matter short of an appeal for $120,722.94 in damages per the Judgment that was entered in this matter, and $200,000.00 in attorney fees, costs, and expenses pursuant to California Civil Code Section 1794(d). However, as part this agreement, Defendant will not pay any-prejudgment or post-judgment interest. Defendant has also agreed not to appeal the underlying judgement.

7.      Accordingly, within 30-days of the execution of this agreement by both parties, Defendant FCA US, LLC will pay **THREE HUNDRED TWENTY THOUSAND AND SEVEN HUNDRED TWENTY-TWO DOLLARS AND 94/100 ($320,722.94)**, made payable as follows:

   a. FCA US, LLC will issue one check made payable to: "Stephen Vanwaus and Strategic Legal Practices, APC, attorney-client trust account" in the amount of **THREE HUNDRED FOUR THOUSAND AND THREE HUNDRED SIX DOLLARS AND 19/100 ($304,306.19).**

   b. FCA US, LLC will also pay a loan payoff of **SIXTEEN THOUSAND FOUR HUNDRED AND SIXTEEN DOLLARS AND 75/100 ($16,416.75)** to Wells Fargo with loan account number 8451555515. Any overpayment to the lender shall be paid to Plaintiff.

8.      The vehicle surrender shall take place upon a mutually agreeable date, location and time.

9.      Plaintiff agrees to dismiss with prejudice the Subject Action as soon as Plaintiff receives all amounts due under this agreement, including payment of attorney fees, costs and expenses.

10.     The parties further agree that the Court will maintain jurisdiction pursuant to Code of Civil Procedure Section 664.6 and this settlement agreement shall be fully enforceable by any party hereto pursuant to the provisions of Code of Civil Procedure Section 664.6.

_Stephen A. Vanwaus_                                5/4/2017
**STEPHEN VANWAUS**                                 **Date**

_[signature]_                                      5/3/2017
Name: KRIS W. KRUEGER
On behalf of Defendant FCA US, LLC                 **Date**

**RAMOS   0124**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Strategic Legal Practices, 1840 Century Park East, Suite 430, Los Angeles, California 90067.

On **May 5, 2017** , I served the document(s) described as:

**JOINT STIPULATION RE PARTIES AGREEMENT RE JUDGMENT OF JURY VERDICT AND ATTORNEY FEES, COSTS AND EXPENSES**

on the interested parties in this action by sending [  ] the original [or] [✓] a true copy thereof [✓] to interested parties as follows [or] [   ] as stated on the attached service list:

| | |
|---|---|
| Matthew M. Proudfoot<br>**Gates, O'Doherty, Gonter & Guy, LLP**<br>38 Discovery, Suite 200<br>Irvine CA 92618 | |

[ ]    **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

[ X]    **BY OVERNIGHT DELIVERY:** I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery. Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid. The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

[ ]    **BY PERSONAL SERVICE:** I caused the attached to be delivered, enclosed in an envelope, by hand to the offices of the addressee(s) named herein.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this **May 5, 2017,** at Los Angeles, California

Lilia Madrid
Type or Print Name

Signature

**PROOF OF SERVICE**

**RAMOS    0125**