# EXHIBIT 7

**CIV-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jacob Cutler (SBN 264988) Strategic Legal Practices, APC 1840 Century Park East, Suite 430 Los Angeles, CA 90067 TELEPHONE NO.:310-929-4900    FAX NO. *(Optional):* 310-943-3838 E-MAIL ADDRESS *(Optional):* jcutler@slpattorney.com ATTORNEY FOR *(Name):* Plaintiff Hall | **ELECTRONICALLY FILED** Superior Court of California, County of San Diego **07/02/2018** at 04:10:00 PM Clerk of the Superior Court By E- Filing,Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, 92101
BRANCH NAME: HOJ

PLAINTIFF/PETITIONER: Hall et al

DEFENDANT/RESPONDENT: FCA UC LLC

| NOTICE OF ENTRY OF JUDGMENT OR ORDER | CASE NUMBER: |
|---|---|
| *(Check one):*  [X] **UNLIMITED CASE** (Amount demanded exceeded $25,000)   [ ] **LIMITED CASE** (Amount demanded was $25,000 or less) | 37-2016-00006383 |

**TO ALL PARTIES :**

1.  A judgment, decree, or order was entered in this action on *(date)*: 6/25/2018

2.  A copy of the judgment, decree, or order is attached to this notice.

Date: 7/2/2018

Jacob Cutler
(TYPE OR PRINT NAME OF  [X] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)

▶ _Jacob W. Cutler_
(SIGNATURE)

**Page 1 of 2**

Form Approved for Optional Use Judicial Council of California CIV-130 [New January 1, 2010]

**NOTICE OF ENTRY OF JUDGMENT OR ORDER**

CEB
**www.ceb.com**

*www.courtinfo.ca.gov*

**RAMOS    0190**

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN DIEGO
CENTRAL**

**MINUTE ORDER**

DATE: 06/25/2018                    TIME: 10:24:00 AM        DEPT:  C-65

JUDICIAL OFFICER PRESIDING: Richard S. Whitney
CLERK:  Lori Urie
REPORTER/ERM:
BAILIFF/COURT ATTENDANT:

CASE NO: **37-2016-00006383-CU-BC-CTL**  CASE INIT.DATE: 02/25/2016
CASE TITLE: **Hall vs FCA US LLC [IMAGED]**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Breach of Contract/Warranty

---

 **APPEARANCES**

---

The Court, having taken the above-entitled matter under submission on 06/22/18 and having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows:

The Court MODIFIES the tentative ruling as follows:

Plaintiffs Kevin Hall and Vanessa Hall have brought a motion for attorneys' fees, costs and expenses in this matter.

As the prevailing parties, the Plaintiffs are entitled to recover their reasonable fees, costs and expenses. Civ. Code Sec. 1794(d).

Although this Court did not preside over this case prior to consideration of this motion, it notes that it has reviewed the relevant minute orders and filings contained in the Court's file as well as all papers filed with respect to this pending motion.

Having reviewed the declarations of Plaintiffs' counsel and attached billing records, the Court concludes that Plaintiffs have demonstrated that the hourly rate for all counsel and hours incurred in prosecuting this case were reasonable in amount.

In making this finding, the Court makes several observations.

First, the Court notes the somewhat extensive discovery disputes between the parties resulting in multiple ex parte and motion hearings.

Additionally, that the case did not settle until, as Plaintiffs indicate, the eve of trial after the Trial Readiness Conference and filing of various in limine motions.

---

CASE TITLE: Hall vs FCA US LLC [IMAGED]      CASE NO: **37-2016-00006383-CU-BC-CTL**

In opposing the motion, Defendant raised various arguments as to why the fees should be reduced.

For example, Defendant noted that it offered to buy back the Plaintiffs' vehicle shortly after this case was filed.    However, the offer to additionally pay penalties did not occur until the case ultimately settled.

Defendant also argued that Plaintiffs' attorneys' rates should be reduced and, as well, travel expenses eliminated because Plaintiffs chose to employ counsel outside of the San Diego area.   As support, Defendant cited *Center for Biological Diversity v. County of San Bernardino* (2010) 188 Cal.App.4th 603. As relevant here, that case concerned whether higher out of the area rates could be charged for counsel where no counsel within the local area was available to handle the case.   Here, the Court finds Plaintiffs' counsel's rate to be consistent with San Diego lawyer rates and therefore the analysis of *Biological Diversity* is not necessary to reach.

The finding that the hourly rates are consistent with the rates charged in the San Diego community is based on this Court's familiarity with this issue.   Additionally, the Court has considered other trial court rulings submitted by Plaintiffs, not as precedent but as further support for a finding the attorneys' rates charged in this case are reasonable.

The Court rejects Defendant's request to deny Attorney Gieleghem's fees.    In arguing his fees should be eliminated, Defendant contended that no association of attorneys on behalf of this attorney was ever filed.    That, however, is incorrect.    See the Register of Actions at April 12, 2017.

Defendant also complained that certain Plaintiffs' attorneys billed more for attending a deposition than the actual time for the deposition.    Counsel, however, is permitted to seek their travel time and, as well, time incurred for preparing for a deposition.

The Court further finds the time anticipated by counsel to be spent reviewing the opposition and preparing a reply is reasonable.

The Court therefore grants the motion with respect to attorneys' fees and awards Plaintiffs attorneys' fees in the amount of $179,959.83.

Although the Court has concluded the lodestar fees are reasonable, the Court declines to award a multiplier as it does not believe the Plaintiffs have demonstrated that a multiplier would be appropriate in this case.

The motion to award costs and expenses in the amount of $19,068.83 is granted.

As a result of this ruling, Plaintiffs are entitled to recover from Defendant the total amount of $199,028.66.

In ruling on this motion, the Court overruled all evidentiary objections.

_____
Judge Richard S. Whitney

DATE: 06/25/2018                              MINUTE ORDER                              Page 2
DEPT:  C-65

**RAMOS   0192**           Calendar No.

CIV-130

| PLAINTIFF/PETITIONER: Hall et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FCA UC LLC | 37-2016-00006383 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF ENTRY OF JUDGMENT OR ORDER

*(NOTE: You cannot serve the Notice of Entry of Judgment or Order if you are a party in the action. The person who served the notice must complete this proof of service.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

    1840 Century Park East, Suite 430
    Los Angeles, CA 90067

2. I served a copy of the *Notice of Entry of Judgment or Order* by enclosing it in a sealed envelope with postage fully prepaid and *(check one):*

    a. ☐ deposited the sealed envelope with the United States Postal Service.

    b. ☒ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Entry of Judgment or Order* was mailed:

    a. on *(date):*  July 2, 2018

    b. from *(city and state):*  Los Angeles, CA

4. The envelope was addressed and mailed as follows:

    a. Name of person served:  Thomas Scutti
          Gates, O'Doherty, Gonter, & Guy, LLP
       Street address:  15373 Innovation Dr.  #170
       City:  San Diego
       State and zip code: CA 92128

    c. Name of person served:

       Street address:
       City:
       State and zip code:

    b. Name of person served:

       Street address:
       City:
       State and zip code:

    d. Name of person served:

       Street address:
       City:
       State and zip code:

    ☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

5. Number of pages attached __0____.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 2, 2018

| Andrea Carmona | *(signature)* |
|---|---|
| (TYPE OR PRINT NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

Page 2 of 2