# EXHIBIT 8

ORIGINAL

Jacob Cutler (SBN 264988)
jcutler@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN: 109740
10085 Carroll Canyon Road, Suite 100
San Diego, CA  92131
Telephone:    (858) 348-1005
Fascsimile:    (858) 348-1150

Attorneys for Plaintiff BAHRAM KADKHODA

RECEIVED JUL 25 2018 FILING WINDOW

FILED
Superior Court of California
County of Los Angeles

AUG 08 2018

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Marisa Ventura

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| BAHRAM KADKHODA,<br><br>           Plaintiff,<br><br>   v.<br><br>DAIMLER VEHICLE INNOVATIONS USA, LLC, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.: BC563069<br><br>*Case Initiated: November 4, 2014*<br><br>Hon. Terry A. Green<br>Dept. 14<br><br>**[PLAINTIFF'S PROPOSED] SECOND AMENDED JUDGMENT ON JURY VERDICT AFTER ENTRY OF ADDITUR** |

    This action came on regularly for a jury trial on July 5, 2017, in Department 14 of the Superior Court of the State of California, County of Los Angeles, the Honorable Terry A. Green, Judge, presiding.

    Plaintiff Bahram Kadkhoda appeared by his attorneys, Michael Devlin of Strategic Legal Practices, APC, and Hallen Rosner of Rosner, Barry & Babbitt, LLP. Defendant Mercedes-Benz

Page 1

**[PLAINTIFF'S PROPOSED] SECOND AMENDED JUDGMENT ON JURY VERDICT AFTER ADDITUR**

FAXED

RAMOS    0194

USA, LLC (MBUSA or defendant), sued herein as DAIMLER VEHICLE INNOVATIONS, USA, LLC, appeared by its attorneys, Benson Y. Douglas and Anthony P. Greco of Lehrman Law Group.

A panel of twelve persons was regularly impaneled and sworn to try the issues of plaintiff's causes of action for breach of express warranty under the Song-Beverly Consumer Warranty Act, Civil Code section 1790 et seq. (Song-Beverly); and breach of implied warranty of merchantability. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to twelve jurors with instructions to return verdicts on special issues. The jury deliberated and on July 12, 2017, returned into Court with its verdicts as follows:

### CAUSE OF ACTION 1: BREACH OF EXPRESS WARRANTY

We answer the questions submitted to us as follows:

1.      **Did BAHRAM KADKHODA lease a 2013 Smart SmartC distributed by DAIMLER VEHICLE INNOVATIONS USA, LLC (HEREINAFTER "MERCEDES-BENZ USA, LLC")?**

_____X___ Yes                    _____ No

2.      **Did MERCEDES-BENZ USA, LLC give BAHRAM KADKHODA a written warranty?**

___X____ Yes                    _____ No

3.      **Did the vehicle have a defect covered by the warranty that substantially impaired the vehicle's use, value or safety to a reasonable buyer in BAHRAM KADKHODA'S situation?**

___X___ Yes                    _____ No

[PLAINTIFF'S PROPOSED] SECOND AMENDED JUDGMENT ON JURY VERDICT AFTER ADDITUR

RAMOS   0195

4.    Did **MERCEDES-BENZ USA, LLC** or its authorized repair facility fail to repair the vehicle to match the written warranty after a reasonable number of opportunities to do so?

___X___ Yes                              _____ No


5.    What are **BAHRAM KADKHODA'S** damages?

Calculate as follows:

Add the following amounts:

a.  Total amounts paid or payable for the vehicle, including amount paid at lease signing + monthly payments + any amounts paid or payable for the purchase of the vehicle at the end of the lease (in order for MBUSA to repurchase vehicle to brand title):           $_____2,296.00_____

b.  Incidental and consequential damages:           $_____186.00_____

       SUBTOTAL (add lines a-b):           $_____2,482.00_____


Calculate the value of the use of the vehicle before it was brought in for repair as follows:

1. The agreed upon value of vehicle on date of initial lease of vehicle:

$_____13,300.00_____

2. Multiply the result in step 1 by the number of miles the vehicle was driven by Plaintiff before it was brought in for repair:

$___36,721,300_____

3. Divide the dollar amount in step 2 by 120,000 and insert result in VALUE OF USE below:

VALUE OF USE:           $_____306.00_____

Page 3

RAMOS   0196

Subtract the VALUE OF USE from the SUBTOTAL above and insert result in TOTAL DAMAGES below:

TOTAL DAMAGES:           $____2,176.00_____

6.     Did MERCEDES-BENZ USA, LLC fail to promptly replace or repurchase the vehicle?

__X__ Yes                  _____ No

If your answers to question 6 is yes, then answer question 7.

If you answered no, proceed to question 10.

7.     Did MERCEDES-BENZ USA, LLC attempt to repurchase BAHRAM KADKHODA'S vehicle by satisfying all obligations under the Code and communicating that willingness to fulfill all of its obligations under the Code to Plaintiff?

__X__ Yes                  _____ No

If your answers to question 7 is no, then answer question 8.

If you answered yes, proceed to question 10.

8.     Did MERCEDES-BENZ USA, LLC willfully fail to repurchase or replace the 2013  Smart SmartC?

_____ Yes                  _____ No

If your answers to question 8 is yes, then answer question 9.

If you answered no, proceed to question 10.

[PLAINTIFF'S PROPOSED] SECOND AMENDED JUDGMENT ON JURY VERDICT AFTER ADDITUR

RAMOS   0197

9.     What amount, if any, do you impose as a penalty for MERCEDES-BENZ USA, LLC'S willful failure to repurchase or replace the vehicle? [You may not exceed two times the "TOTAL DAMAGES" that you entered in question 6.]

PENALTY:                         $_____

Regardless of how you answer this question, proceed to question 10.

### CAUSE OF ACTION: BREACH OF IMPLIED WARRANTY

We answer the questions submitted to us as follows:

10.     Did BAHRAM KADKHODA lease a 2013 Smart SmartC manufactured by or distributed by MERCEDES-BENZ USA, LLC?

___X___ Yes                         _____ No

11.     At the time of lease, was MERCEDES-BENZ USA, LLC in the business of manufacturing or distributing 2013 Smart SmartC?

___X___ Yes                         _____ No

12.     Was the motor vehicle of the same quality as those generally accepted in the trade?

_____ Yes                         ___X___ No

13.     What amount is BAHRAM KADKHODA entitled to recover as restitution for the motor vehicle?

Calculate as follows:

Add the following amounts:

a. Total amounts paid or payable for the vehicle, including amount paid at lease signing + monthly payments + any amounts paid or payable for the purchase of the vehicle at the end of the lease (in order

Page 5

[PLAINTIFF'S PROPOSED] SECOND AMENDED JUDGMENT ON JURY VERDICT AFTER ADDITUR

**RAMOS   0198**

for MBUSA to repurchase vehicle and brand title):

$\underline{\hspace{2em} 2,296.00 \hspace{3em}}$

a. **Incidental and consequential damages:**    $\underline{\hspace{2em} 186.00 \hspace{3em}}$

**TOTAL (add lines a-b):**    $\underline{\hspace{2em} 2,482.00 \hspace{3em}}$

Dated:\underline{\hspace{6em}}    \underline{\hspace{10em}}

PRESIDING JUROR

**After the verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.**

Plaintiff's Motion for New Trial came for a hearing on October 25, 2017, the Hon. Terry Green, presiding. After hearing the arguments of counsel, and considering the papers submitted in support and in opposition to the Motion, and good cause appearing, Plaintiff's Motion was GRANTED. The Court granted additur pursuant to Code of Civil Procedure § 662.5 in the amount of $19,893.62.

Additionally, the Court determines that Judgment of $22,375.62 is the appropriate amount. Any outstanding lien for the vehicle must be paid from this amount by Defendant.

On November 28, 2017 Defendant consented to additur.

///
///
///
///
///
///

Page 6

[PLAINTIFF'S PROPOSED] SECOND AMENDED JUDGMENT ON JURY VERDICT AFTER ADDITUR

RAMOS    0199

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF BAHRAM KADKHODA AGAINST DEFENDANT MERCEDES-BENZ USA, LLC ON HIS COMPLAINT.**

**PLAINTIFF ELECTS THE REMEDY PROVIDED UNDER CAUSE OF ACTION 2: BREACH OF IMPLIED WARRANTY AND JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF.**

Further, Plaintiff's Motion for Attorney Fees, Plaintiff's Motion to Tax Defendant's Costs, Defendant's Motion to Tax Plaintiff's Costs, and Plaintiff's Motion for Prejudgment Interest ("Motions") came for a hearing on July 17, 2018, the Honorable Terry Green presiding. After hearing all the arguments of counsel (Hallen Rosner, Esq. and Jacob Cutler, Esq. for Plaintiff and Benson Douglas for Defendant), and considering the papers submitted in support of and in opposition to the Motions, and good cause appearing, **IT IS ORDERED THAT:**

1. Total payment of $22,375.62 *with interest thereon at the rate of ten percent (10%) per annum from the date of the entry of this judgment until paid;*

2. Attorney's Fees of $278,057.00 *with interest thereon at the rate of ten percent (10%) per annum from the date of the entry of this judgment until paid;*

3. Costs of $56,882.89 *with interest thereon at the rate of ten percent (10%) per annum from the date of the entry of this judgment until paid;*

4. Prejudgment Interest of $2,600.00 *with interest thereon at the rate of ten percent (10%) per annum from the date of the entry of this judgment until paid.*

**SO ORDERED.**

Dated:

_____
Hon. Terry Green
Judge of the Superior Court

[PLAINTIFF'S PROPOSED] SECOND AMENDED JUDGMENT ON JURY VERDICT AFTER ADDITUR

RAMOS    0200

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Strategic Legal Practices, 1840 Century Park East, Suite 430, Los Angeles, California 90067.

On **July 25, 2018**, I served the document(s) described as:

**[PLAINTIFF'S PROPOSED] SECOND AMENDED JUDGMENT ON JURY VERDICT AFTER ADDITUR**

on the interested parties in this action by sending [ ] the original [or] [✓] a true copy thereof [✓] to interested parties as follows [or] [ ] as stated on the attached service list:

Kate Lehrman
LEHRMAN LAW GROUP
12121 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90025

[ ]    **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

[ ]    **BY E-MAIL:** I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

[ ]    **BY FAX:** I hereby certify that this document was served from Los Angeles, California, by facsimile delivery on the parties listed herein at their most recent fax number of record in this action.

[ ]    **BY PERSONAL SERVICE:** I caused the attached to be delivered, enclosed in a sealed envelope, by hand to the offices of the addressee(s) named herein.

[X]    **BY OVERNIGHT DELIVERY:** I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery. Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid. The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this **July 25, 2018,** at Los Angeles, California.



Andrea Carmona

**PROOF OF SERVICE**

RAMOS    0201