# EXHIBIT 9

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**Branch Name:** Stanley Mosk Courthouse
**Mailing Address:** 111 North Hill Street
**City, State and Zip Code:** Los Angeles CA 90012

| SHORT TITLE: RAUL GALINDO VS GENERAL MOTORS | CASE NUMBER: BC693061 |
|---|---|
| NOTICE OF CONFIRMATION OF ELECTRONIC FILING | |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:  Green Filing
Reference Number: 2963022_1
Submission Number: 19LA00468101
Court Received Date: 04/12/2019
Court Received Time: 2:35 pm
Case Number: BC693061
Case Title: RAUL GALINDO VS GENERAL MOTORS
Location: Stanley Mosk Courthouse
Case Type: Civil Unlimited
Case Category: Other Breach of Contract/Warranty (not fraud or negligence)
Jurisdictional Amount: Over $25,000
Notice Generated Date: 04/12/2019
Notice Generated Time: 2:37 pm

| **Documents Electronically Filed/Received** | **Status** |
|---|---|
| Notice of Ruling | Accepted |

**Comments**
Submitter's Comments:

Clerk's Comments:

**Electronic Filing Service Provider Information**
Service Provider: Green Filing
Contact: Green Filing
Phone: (801) 448-7268

---

**NOTICE OF CONFIRMATION OF FILING**

Jacob Cutler (SNB 264988)
jcutler@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiff RAUL GALINDO

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| RAUL GALINDO,<br><br>        Plaintiff,<br><br>      v.<br><br>GENERAL MOTORS, LLC, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: BC693061<br><br>Hon. Michael Stern<br>Dept 62<br><br>**NOTICE OF RULING RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS AND EXPENSES**<br><br>Hearing Date:    April 12, 2019<br>Time:           8:30 am<br>Dept.           62 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 12, 2019, Plaintiff's Motion for Attorney Fees, Costs and Expenses ("Motion") came for a hearing.

After hearing all the arguments of counsel (Jacob Cutler, Esq. for Plaintiff and Joseph Dankert, Esq. for Defendant), and considering the papers submitted in support of and in opposition to the Motions, and good cause appearing, The Court, Honorable Michael Stern presiding ruled as follows:

1. Defendant is to pay $86,696.00 in attorney's fees (lodestar of $83,196 + $3,500 for the reply) and $12,704.18 in costs and expenses for a total award of $99,400.18.

Dated: April 12, 2019

STRATEGIC LEGAL PRACTICES, APC

By:

JACOB W. CUTLER
Attorney for Plaintiff

1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Strategic Legal Practices, 1840 Century Park East, Suite 430, Los Angeles, California 90067.

On **April 12, 2019**, I served the document(s) described as:

**NOTICE OF RULING RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS AND EXPENSES**

on the interested parties in this action by sending [  ] the original [or] [✓] a true copy thereof [✓]to interested parties as follows [or] [   ] as stated on the attached service list:

Mary Arens, Esq.
The Erskine Law Group
3995 East La Palma Avenue
Anaheim, Ca 92807

[X]    **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

[  ]    **BY E-MAIL:** I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

[  ]    **BY FAX:** I hereby certify that this document was served from Los Angeles, California, by facsimile delivery on the parties listed herein at their most recent fax number of record in this action.

[  ]    **BY PERSONAL SERVICE:** I caused the attached to be delivered, enclosed in a sealed envelope, by hand to the offices of the addressee(s) named herein.

[  ]    **BY OVERNIGHT DELIVERY:** I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery.  Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid.  The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed this **April 12, 2019,** at Los Angeles, California.

_Kirsten Pangaliman_
Kirsten Pangaliman

2

NOTICE OF RULING RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS, AND EXPENSES
