# EXHIBIT 11

Case 2:17-cv-08273-SVW-SK   Document 84-14   Filed 08/19/19   Page 2 of 3   Page ID #:1402

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-08273-SVW-SK | | Date | February 27, 2019 |
|---|---|---|---|---|
| Title | *Joshua Holeman et al v. FCA US LLC et al.* | | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     ORDER GRANTING MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES [25]

     Plaintiffs' motion for attorney's fees, costs, and expenses, Dkt. 25, is GRANTED. Plaintiffs are entitled to attorney's fees and litigation costs and expenses pursuant to California Civil Code § 1794(d) as the prevailing party in this action. *See* Declaration of Jacob Cutler, Dkt. 25-6 at 1 (settlement agreement between the parties denoting Plaintiffs as the prevailing party for the purposes of a motion for attorney's fees, costs, and expenses). Plaintiffs' requested attorney's fees are reasonable under the lodestar method of calculation, and Defendant's arguments for a reduction in Plaintiffs' attorney's fees are rejected. However, the Court declines to apply Plaintiffs' requested 0.5 lodestar multiplier, which was requested solely because Plaintiffs' counsel engaged in a contingency fee representation of Plaintiffs in this action.

     Accordingly, the Court awards Plaintiffs a total of $50,094.32, constituting $47,008 in reasonable attorney's fees (including the estimated $3,500 for the filing of a reply brief to Plaintiffs' motion for attorney's fees), and $3,086.32 in reasonable costs and expenses.

     IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Preparer | | PMC |