# EXHIBIT 13

Strategic Legal Practices, APC
1840 Century Park East
Suite 430
Los Angeles, CA 90067

Maria & Cano de Lourdes Luna v. FCA

August 19, 2019

Professional Services

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/26/2017 | NZ | Review of repair orders, repair history, and intake emails in preparation for drafting Complaint in this case. | 0.60 365.00/hr | 219.00 |
|  | NZ | Drafted Complaint, finalized, sent off for filing. | 1.60 365.00/hr | 584.00 |
| 12/6/2017 | NZ | Prepared Notice of Ruling re. removal to fed court as ordered by the state court; sent out for service. | 0.50 365.00/hr | 182.50 |
| 1/5/2018 | NZ | Discussion with senior attorney re. federal procedure. | 0.40 365.00/hr | 146.00 |
| 1/8/2018 | NZ | Prepared for meet & confer call with defense counsel per Rule 26. | 0.60 365.00/hr | 219.00 |
|  | NZ | Telephone call with opposing Attorney- meet & confer per Rule 26. | 0.30 365.00/hr | 109.50 |
| 1/12/2018 | NZ | Prepared schedule of pre trial dates for use in Rule 26 meet & confer call. | 0.60 365.00/hr | 219.00 |
| 1/15/2018 | NZ | Drafted Rule 26 Joint Report; emailed to opposing counsel for review and changes. | 1.20 365.00/hr | 438.00 |
| 1/16/2018 | NZ | Drafted preliminary ESI meet & confer letter. | 0.30 365.00/hr | 109.50 |
|  | NZ | Drafted Notice of Deposition of FCA PMK. | 1.60 365.00/hr | 584.00 |

Maria & Cano de Lourdes Luna                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/19/2018 | NZ | Finalized Joint Report, checked w/ opp counsel | 0.60 365.00/hr | 219.00 |
| 2/6/2018 | NZ | Drafted Requests for Production of Docs (Fed Court); sent out for service. | 1.70 365.00/hr | 620.50 |
|  | NZ | Drafted Notice of Deposition of FCA PMK (Fed Court); sent out for service. | 1.60 365.00/hr | 584.00 |
|  | NZ | Drafted Interrogatories (Fed Court); sent out for service. | 1.50 365.00/hr | 547.50 |
|  | NZ | Drafted Requests for Admissions (Fed Court); sent out for service. | 1.30 365.00/hr | 474.50 |
| 2/12/2018 | NZ | Drafted  Initial Disclosures; sent off for service on Defendant. | 1.40 365.00/hr | 511.00 |
| 4/24/2018 | NZ | Prepped Objections to Depos of Plaintiffs. | 0.60 365.00/hr | 219.00 |
| 4/26/2018 | NZ | Drafted P's responses to Special Interrogatories. | 1.60 365.00/hr | 584.00 |
|  | NZ | Drafted P's responses to Request for Production of Documents. | 1.50 365.00/hr | 547.50 |
| 7/11/2018 | CJS | filed notice of appearance in case, then analyzed Plaintiff's position regarding Defendant not serving initial disclosures responses to RFPs or Interrogs, researched Judge's and Magistrate Judge's local rules | 1.50 335.00/hr | 502.50 |
| 8/22/2018 | CJH | discuss expert report with CJS and review email from CJS re same | 0.30 375.00/hr | 112.50 |
|  | CJS | discussed case and joint stipulation to continue dates re discovery with OC, drafted joint stiplation to continue discovery cutoff dates, then recalendared new deadlines after reviewing court order granting joint stipulation to continue discovery cutoff deadlines | 3.60 335.00/hr | 1,206.00 |
| 8/24/2018 | CJH | discuss expert report and supporting docs with CJS | 0.20 375.00/hr | 75.00 |
| 9/28/2018 | YH | Draft Meet and Confer Letter re Defendant's failure to provide Discovery Responses | 3.30 350.00/hr | 1,155.00 |
| 10/2/2018 | CJS | drafted email re failure to respond to discovery and finalized M&C letter | 0.50 365.00/hr | 182.50 |
|  | CJS | drafted and sent email to client re ██████████ | 0.30 365.00/hr | 109.50 |

Maria & Cano de Lourdes Luna

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/4/2018 | CJS | reviewed and exchanged emails with OC re plaintiff's deposition, VEHICLE INSPECTION and PERSON MOST KNOWLEDGEABLE  dates | 0.40 365.00/hr | 146.00 |
| 10/5/2018 | CJS | drafted email to clients re ████████████ | 0.20 365.00/hr | 73.00 |
| 10/8/2018 | CJS | reviewed and exchanged emails internally and with OC re meet and confer for discovery responses by D | 0.40 365.00/hr | 146.00 |
| 10/25/2018 | YH | Draft Objections to Defendant's Notice to Plaintiffs' Depositions | 0.40 350.00/hr | 140.00 |
| 10/31/2018 | CJH | discuss case strategy with Payam and email OC re P depo and discovery cutoff | 0.30 375.00/hr | 112.50 |
| 11/6/2018 | CJH | discuss 998 internally, research re RFA's, discuss trial and discovery strategy, calls and emails to clients re ████ | 1.70 375.00/hr | 637.50 |
| 11/8/2018 | CJH | discuss expert discovery and trial issues with PS to and EM; edit stip to continue discovery and discuss with PS re same | 1.00 375.00/hr | 375.00 |
| | CJH | call to client re ████ | 0.20 375.00/hr | 75.00 |
| 11/12/2018 | CJH | call w client re ████  email to clients re ████, email to MGS re objections | 0.30 375.00/hr | 112.50 |
| 11/13/2018 | MS | Draft rule 68 objections | 1.00 475.00/hr | 475.00 |
| 11/19/2018 | CJS | Prepared joint stipulation to continue discovery cutoff deadlines | 1.50 365.00/hr | 547.50 |
| 11/30/2018 | CJS | emailed OC and then met and conferred on the phone re scheduling of VEHICLE INSPECTION and Plaintiff's depos | 1.50 365.00/hr | 547.50 |
| 12/3/2018 | CJS | exchanged emails with OC and internally re scheduling of Plaintiffs' depos and VI | 0.50 335.00/hr | 167.50 |
| 12/5/2018 | DR | T/C with client  and CJS re prep for depos | 3.90 375.00/hr | 1,462.50 |
| | DR | Drafted e-mail to client re ████ | 0.20 375.00/hr | 75.00 |
| | CJS | phone call with client and DR in advance of depositions; updated repair chron and prepared for deposition. | 4.50 365.00/hr | 1,642.50 |
| 12/6/2018 | DR | Attend deposition of Maria de Lourdes Luna in prep for deposition of Karen Cano. | 4.80 375.00/hr | 1,800.00 |

Maria & Cano de Lourdes Luna

Page    4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/6/2018 | CJS | Defend Plaintiff's, Maria de Lourdes deposition at Clark Hill, LLP; travel time back from depo | 7.00 365.00/hr | 2,555.00 |
| 12/7/2018 | GS | attend vehicle inspection at Rydell Chrysler Dodge Jeep. | 3.20 350.00/hr | 1,120.00 |
| | DR | Defended deposition of Karen Cano. | 4.90 375.00/hr | 1,837.50 |
| | DR | Travel to deposition. | 0.50 375.00/hr | 187.50 |
| | CJS | Met with client and DR  reviewed exhibits from other plaintiff's deposition; reviewed notes from other client's deposition; prepared and sent objections to Plaintiff's deposition notice | 2.90 365.00/hr | 1,058.50 |
| 1/21/2019 | DR | T/C with client and CJS re ███████████ | 0.20 375.00/hr | 75.00 |
| 1/25/2019 | CJS | reviewed email exchanges internally re trial; exchanged emails with OC re trial and M&C efforts; | 0.50 365.00/hr | 182.50 |
| 1/28/2019 | CJS | reviewed email exchanges internally re trial; exchanged emails with OC re trial and M&C efforts; sent email internally re MILs; reviewed standing order and new trial dates issued by Court | 1.00 365.00/hr | 365.00 |
| 2/8/2019 | CJS | exchanged emails regarding experts; reviewed email regarding joint trial documents | 1.00 365.00/hr | 365.00 |
| 2/10/2019 | CJS | exchanged emails regarding preparation of trial documents; exchanged emails internally re subpoenas to serve on third party witness; reviewed exhibit list; finalized plaintiff's objection to late filed MILs | 1.50 365.00/hr | 547.50 |
| 2/11/2019 | AR | Draft trial documents | 4.30 435.00/hr | 1,870.50 |
| 2/20/2019 | AR | Draft trial documents | 3.20 435.00/hr | 1,392.00 |
| 2/25/2019 | CJH | call with OC re MEET AND CONFER on trial docs and MILs for both sides with TR | 0.40 410.00/hr | 164.00 |
| | AR | Draft trial documents | 3.20 435.00/hr | 1,392.00 |
| 2/26/2019 | CJH | emails with OC re trial docs, discuss settlement status report and trial docs with team  and emails re same | 1.00 410.00/hr | 410.00 |
| | DR | Reviewed and analyzed file, drafted, then revised settlement report. | 0.60 375.00/hr | 225.00 |

Maria & Cano de Lourdes Luna                                                                                    Page      5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2019 | AR | Draft trial documents | 2.30 435.00/hr | 1,000.50 |
| 2/27/2019 | AR | Draft trial documents | 3.30 435.00/hr | 1,435.50 |
| 2/28/2019 | MS | Review local rules | 0.30 475.00/hr | 142.50 |
| | MS | Draft exhibit objections | 1.40 475.00/hr | 665.00 |
| | MS | Draft disputed instructions | 2.10 475.00/hr | 997.50 |
| | MS | Draft jury instructions | 3.50 475.00/hr | 1,662.50 |
| 3/1/2019 | CJS | drafted, revised and finalized pre-trial conference documents | 3.50 365.00/hr | 1,277.50 |
| | GY | Receive, study, and archive email from C. Scott and P. Shahian re drafting motion in limine re RFAs deemed admitted. | 0.10 525.00/hr | 52.50 |
| | GY | Research re motion in limine re RFAs deemed admitted. | 7.10 525.00/hr | 3,727.50 |
| 3/2/2019 | GY | Draft motion in limine no. 1 re RFAs deemed admitted. | 11.60 525.00/hr | 6,090.00 |
| 3/3/2019 | CJS | drafted and exchanged emails internally re pre-trial conference and discovery responses; drafted email to OC re MIL settlement | 1.20 365.00/hr | 438.00 |
| | GY | Revise motion in limine no. 1 re RFAs deemed admitted; draft supporting documents. | 3.50 525.00/hr | 1,837.50 |
| | CJS | exchanged emails regarding Defendant's responses to Plaintiffs' RFPs and timeline re responses to RFPs | 0.50 365.00/hr | 182.50 |
| 3/4/2019 | CJS | drafted and exchanged emails internally re pre-trial conference and discovery responses; reviewed MIL re expert witness exclusion and MIL re RFAs deemed admitted; exchanged emails with OC re pre-trial conference | 1.50 365.00/hr | 547.50 |
| | CJH | Prepare for and appear at pre trial conference with Hal + travel to and from court | 4.30 410.00/hr | 1,763.00 |
| 3/8/2019 | AR | Draft opposition to defendant motions in limine | 4.30 435.00/hr | 1,870.50 |

Maria & Cano de Lourdes Luna                                                                 Page      6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/11/2019 | CJS | reviewed and finalized Opps to D's MILs 1-3 | 3.50 365.00/hr | 1,277.50 |
|  | GY | Research re defendant's opposition to motion in limine no. 1 re facts admitted. | 3.20 525.00/hr | 1,680.00 |
| 3/13/2019 | CJS | exchanged emails regarding MILs and all trial documents for Pretrial Conference | 0.30 365.00/hr | 109.50 |
| 3/18/2019 | CJH | appear with Hal at MIL hearing + travel to and from Central District Court + discuss trial strategy with Hal | 3.20 410.00/hr | 1,312.00 |
| 3/20/2019 | CJS | phone call with client re ███████████ | 0.30 365.00/hr | 109.50 |
| 3/21/2019 | JC | meet and confer on mediation | 0.20 435.00/hr | 87.00 |
| 3/26/2019 | JC | review communications from mediator | 0.20 435.00/hr | 87.00 |
| 4/1/2019 | JC | work on settlement and communicate offer | 0.50 435.00/hr | 217.50 |
| 4/11/2019 | JC | gather financials and send to oc | 0.20 435.00/hr | 87.00 |
| 5/23/2019 | JC | meet and confer on settlement agreement | 0.30 435.00/hr | 130.50 |
| 6/3/2019 | KW | Review file re hearing on case status, request to vacate trial | 0.50 425.00/hr | 212.50 |
|  | KW | Attend hearing re status, trial date | 2.00 425.00/hr | 850.00 |
|  | JC | edit settlement documents and draft notice of settlement | 0.60 435.00/hr | 261.00 |
| 6/5/2019 | JC | finalize settlement documents and send to client to sign | 0.20 435.00/hr | 87.00 |
| 6/24/2019 | JC | meet and confer on loan payoff and other documents needed for settlement | 0.20 435.00/hr | 87.00 |
| 7/25/2019 | JC | meet and confer and finalize joint report on breifing schedule | 0.40 435.00/hr | 174.00 |
| 8/9/2019 | JC | meet and confer on fees and costs with opposing counsel | 0.20 435.00/hr | 87.00 |

Maria & Cano de Lourdes Luna                                                                    Page      7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/14/2019 | JC | draft fee motion declaration | 2.70 435.00/hr | 1,174.50 |
|  | GY | Receive, study, and archive email from J. Cutler re drafting fee motion. | 0.10 525.00/hr | 52.50 |
| 8/15/2019 | GY | Draft fee motion. | 8.70 525.00/hr | 4,567.50 |
| 8/16/2019 | JC | draft notice of motion, shahian declaration, RJN, and proposed order | 1.80 435.00/hr | 783.00 |
| 8/19/2019 | JC | finalize fee motion and all supporting documents | 2.80 435.00/hr | 1,218.00 |
|  |  | For professional services rendered | 170.00 | $71,084.00 |

Additional Charges :

| | | |
|---|---|---|
| 10/27/2017 | Expense for Initial Filing Fee in LASC. | 435.00 |
| 10/30/2017 | Expenses Paid to **On-Call Legal** for Court Filing. | 65.00 |
| | Court: Los Angeles County Superior Court<br>Documents: summons, complaint, civil case cover, civil cover addendum | |
| 10/31/2017 | Expenses Paid to **On-Call Legal** for Service of Process. | 23.20 |
| | Court: Los Angeles County Superior Court<br>Servee: General Motors, LLC<br>Documents: Civil Case Cover Sheet Addendum and Statement of Location; Notice of Case Assignment; Stipulation Discovery Resolution | |
| 12/6/2017 | Expenses paid to First Legal Network for filing in LASC | 43.21 |
| | DOCUMENTS: NOTICE OF RULING | |
| 1/19/2018 | Expense for COURTESY DELIVERY TO USDC paid to First  Legal Network. | 23.50 |
| | DOCUMENTS: JOINT RULE; EXH A | |
| 2/8/2018 | Expense paid to First Legal Network for Drop Serve to Opposing Cousel Clark Hill LLP Docs: Notice of Deposition of PMK for FCA, US LLC and Demand Doc at Depo | 22.80 |
| 2/13/2018 | EXPENSES PAID FOR DROP SERVE TO OPPOSING COUNSEL CLARK HILL LLP PAID TO FIRST LEGAL NETWORK, LLC. | 17.25 |
| | DOCUMENTS: INITAL DISCLOSURES | |

Maria & Cano de Lourdes Luna                                                     Page     8

| | | Amount |
|---|---|---|
| 3/12/2018 | Expenses Paid to **CourtCall** for Remote Appearance Reservation Hearing - Case Review | 86.00 |
| 4/25/2018 | Expenses paid to First Legal Network for Drop Serve - Regular to Clark Hill LLP | 18.60 |
| | DOCUMENTS: P'S OBJECTION | |
| 7/11/2018 | Expense paid to First Legal Network for Courtesy Delivery to USDC - Los Angeles | 23.50 |
| | DOCUMENTS: NOTICE OF APPEARANCE x3 | |
| 8/22/2018 | Expenses paid to First Legal Network for PDF courtesy delivery in USDC-LOS ANGELES | 23.50 |
| | DOCUMENTS: NOTICE OF APPEARANCE | |
| | Expenses paid to First Legal Network for PDF courtesy delivery in USDC-LOS ANGELES | 23.50 |
| | DOCUMENTS: JOINT STIPULATION; PROP ORDER; NEF | |
| 10/26/2018 | Expenses paid to First Legal Network for process service to Clark Hill, LLP | 121.35 |
| | DOCUMENTS: P'S OBJECTION | |
| 11/20/2018 | Expenses paid to First Legal Network for PDF courtesy delivery in USDC- LOS ANGELES | 23.50 |
| | DOCUMENTS: PROP ORDER;  JOINT STIP | |
| 12/6/2018 | Expenses paid for Caitlin Scott to attended Depo | 18.23 |
| | Transpo $12.75 Meals $5.48 | |
| 12/7/2018 | Expenses paid for Karen Soledad-Cano to attended Depo | 403.00 |
| | Flight $ 403.00 | |
| 12/21/2018 | Expense paid to iFindit/Frank Galassi for VEHICLE INSPECTION | 210.00 |
| 12/26/2018 | Transcript Costs paid to Barkley Court Reporters | 761.54 |
| | DOCUMENTS: KAREN CANO | |
| 12/31/2018 | Transcript Costs paid to Barkley Court Reporters | 731.71 |
| | DOCUMENTS: MARIA DE LOURDES LUNA | |

Maria & Cano de Lourdes Luna                                                          Page      9

|  | | Amount |
|---|---|---|
| 2/25/2019 | Expenses paid to First Legal Network for E-filing in  USDC - LOS ANGELES | 67.00 |
| | DOCUMENTS: NOTICE OF WITHDRAWAL | |
| | Expenses paid to First Legal Network for PDF courtesy delivery in USDC-Los Angeles | 45.25 |
| | DOCUMENTS: JOINT STIP; PROP ORDER | |
| | Expenses paid to First Legal Network for E-filing in  USDC - LOS ANGELES | 67.00 |
| | DOCUMENTS: MEMO; EXHIBIT LIST; VERDICT; VOIR DIRE; DECL | |
| | Expenses paid to First Legal Network for PDF courtesy delivery in USDC-LA | 35.80 |
| | DOCUMENTS: MEMO; EXHIBIT LIST; VERDICT; VOIR DIRE; DECL | |
| 2/26/2019 | Expenses paid to First Legal Network for PDF courtesy delivery in USDC - LOS ANGELES | 28.75 |
| | DOCUMENTS: NOTICE OF WITHDRAWAL | |
| | Expenses paid to First Legal Network for PDF courtesy delivery in  USDC - LOS ANGELES | 28.75 |
| | DOCUMENTS: NOTICE OF APPEARANCE | |
| | Expenses paid to First Legal Network for delivery to USDC - LOS ANGELES | 50.80 |
| | DOCUMENTS: TRIAL BINDER | |
| 2/27/2019 | Expenses paid to First Legal Network for E-filing in USDC - LOS ANGELES | 67.00 |
| | DOCUMENTS:  STMNT | |
| | Transpo costs paid for Theresa White | 35.96 |
| 2/28/2019 | Expenses paid to First Legal Network for PDF courtesy delivery in USDC- LOS ANGELES | 28.75 |
| | DOCUMENTS: STMNT | |
| 3/1/2019 | Expenses Paid to **On-Call Legal** for  courtesy copy delivery to USDC - LOS ANGELES | 65.00 |
| | DOCUMENTS: MIL BINDER | |
| 3/4/2019 | Expenses paid to First Legal Network for E-filing in USDC - LOS ANGELES | 67.00 |
| | DOCUMENTS: PROP ORDER | |
| | Expenses paid to First Legal Network for PDF courtesy delivery in USDC - LOS ANGELES | 28.75 |
| | DOCUMENTS: PROP ORDER | |

Maria & Cano de Lourdes Luna                                                                    Page     10

|  |  | Amount |
|---|---|---|
| 3/4/2019 | Expenses paid to First Legal Network for PDF courtesy delivery in USDC - LOS ANGELES | 28.90 |
|  | DOCUMENTS: P'S MEMO; PROP ORDER; DECL |  |
|  | Expense paid for Christine Haw to  appear at PRE TRIAL CONFERENCE | 33.56 |
|  | Mileage $15.56 Parking $18.00 |  |
| 3/5/2019 | Expenses paid to First Legal Network for PDF courtesy delivery in USDC - LOS ANGELES | 32.35 |
|  | DOCUMENTS: P'S MIL 2; DECL; EXH 1 - 5 |  |
|  | Expenses paid to First Legal Network for PDF courtesy delivery in USDC - LOS ANGELES | 45.25 |
|  | DOCUMENTS: NOTICE OF LODGING; PROP ORDER |  |
| 3/8/2019 | Transcript Costs paid to Terri Hourigan | 156.50 |
|  | Expenses Paid to **On-Call Legal** for Court Reporter Fee Advance in USDC - LOS ANGELES | 65.00 |
| 3/11/2019 | Expenses paid to First Legal Network for PDF courtesy delivery in USDC - LOS ANGELES | 45.25 |
|  | DOCUMENTS: P'S OPP MIL 1-3 |  |
| 3/18/2019 | Expense paid for Christine Haw to appear at MIL HEARING | 34.03 |
|  | Mileage $16.03 Parking $18.00 |  |
| 3/19/2019 | Expenses paid to First Legal Network for PDF courtesy delivery in USDC - LOS ANGELES | 45.25 |
|  | DOCUMENTS: NOTICE |  |
| 3/26/2019 | Expense for Mediation Fees paid to WDRC | 625.00 |
| 5/31/2019 | Expenses paid to First Legal Network for PDF courtesy delivery in USDC - LOS ANGELES | 28.75 |
|  | DOCUMENTS: CHAMBERS COPY; NOTICE OF APPLICATION |  |
| 6/4/2019 | Expenses paid to First Legal Network for PDF courtesy delivery in LASC | 28.75 |
|  | DOCUMENTS: NOS |  |
| 6/7/2019 | Expenses paid to First Legal Network for PDF courtesy delivery in LASC | 28.75 |
|  | DOCUMENTS: NOTICE |  |
| 7/25/2019 | Expenses paid to First Legal Network for PDF courtesy delivery in  USDC - LOS ANGELES | 28.75 |
|  | DOCUMENTS: JOINT STATUS REPORT |  |

Maria & Cano de Lourdes Luna                                                                 Page     11

|  | Amount |
| --- | ---: |
| Total additional charges | $4,916.29 |

|  |  | Amount |
| --- | ---: | ---: |
| For professional services rendered | 170.00 | $76,000.29 |

| Total amount of this bill | $76,000.29 |
| --- | ---: |

| Balance due | $76,000.29 |
| --- | ---: |