STRATEGIC LEGAL PRACTICES, APC
Christine J. Haw, SBN 289351
Caitlin J. Scott, SBN 310619
1840 Century Park East, Suite 430
Los Angeles, California 90067
Telephone:  (310) 929-4900
Facsimile:  (310) 943-3838
*chaw@slpattorney.com*
*cscott@slpattorney.com*

ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN 109740
10085 Carroll Canyon Road, Suite 100
San Diego, California 92131
Telephone:  (858) 348-1005
Facsimile:  (858) 348-1150
*hal@rbblawgroup.com*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO<br><br>            Plaintiffs,<br><br>       v.<br><br>FCA US, LLC, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:17-cv-08272-ODW-RAO<br><br>**DECLARATION OF HALLEN D. ROSNER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES** |

I, Hallen D. Rosner, hereby declare that:

1. I am a partner at the law firm of Rosner, Barry & Babbitt, LLP, counsel for Plaintiff.  Except as otherwise stated, I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon to do so.

2. My firm was contacted to associate into this case in order to assist with trial motions and trial.

3. Time expended and costs incurred on this case are set forth in Exhibit A.

///

DECLARATION OF HALLEN D. ROSNER

4.      My firm has been winning major published decisions since 1995, starting with *Foreman v. National R. V, Inc.*  (1995) 34 Cal.App.4th 1072; *Bishop v. Hyundai* (1996) 44 Cal.App.4th 750.

5.      Typically, we resolve payment of our firm's attorney's fees by negotiation. In those instances that we do not, we file a motion with the court for the setting of our fees.  California courts have found RBB's hourly rates to be reasonable in similar actions under the Consumer Legal Remedies Act, Automobile Sales Finance Act, and Song-Beverly Consumer Warranty Act.  Courts have found our rates to be reasonable in the follow cases:

a.      *McCullough v. FCA US, LLC* (2019) San Diego Superior Court Case No. 37-2015-00013501-CU-BC-CTL [Judge John S. Meyer awarded 100% of fees requested at Mr. Rosner's rate of $660 per hour.  Additionally, the Court noted the hourly rates for Mr. Rosner, his associate, and his paralegal were reasonable considering his knowledge, skill, experience, and rates within the community.]

b.      *Ardestani v. BMW of North America, LLC* (2019) Central District of California Case No. 8:17-CV-00721-JDE [Magistrate Judge John D. Early found Mr. Rosner's hourly rate of $660 per hour and all billable hours to be reasonable and awarded a 1.5 multiplier following a jury trial.]

c.      *Madadian v. Maserati North America, Inc.* (2019) Los Angeles Superior Court Case No. BC643094 [Judge Teresa A. Beaudet awarded all fees requested at Mr. Rosner's rate of $640 per hour.]

d.      *Logan v. FCA US, LLC* (2019) Los Angeles Superior Court Case No. BC636038 [Judge David Sotelo found Mr. Rosner's rate of $640 per hour and the firm's billing practices to be reasonable.]

e.      *DeNike v. Mathew Enterprise, Inc.* (2019) Santa Clara Superior Court Case No. 2014-1-CV-273438 [Judge Helen E. Williams approved all time entries at Mr. Rosner's rate of $640 per hour and awarded a 1.5 multiplier.]

2                      2:17-cv-08272-ODW-RAO

DECLARATION OF HALLEN D. ROSNER

f.   *Kadkhoda v. Daimler Vehicle Innovations USA, LLC* (2018) Los Angeles Superior Court Case No. BC563069 [Judge Terry A. Green awarded all fees requested at Mr. Rosner's rate of $620 per hour.]

g.   *Pulliam v. HNL Automotive, Inc.* (2018) Los Angeles Superior Court Case No. BC633169 [Judge Barbara M. Scheper awarded full fees and a 0.2 multiplier at Mr. Rosner's rate of $640 per hour.]

h.   *Keene v. Lithia Jef, Inc.* (2018) Fresno Superior Court Case No. 16CECG00590 [Judge A.M. Simpson found Mr. Rosner's rate of $620 per hour to be reasonable.]

i.   *Harris v. Hyundai Motor America* (2017) San Diego Superior Court Case No. 37-2015-00019958-CU-BC-CTL [Judge Kevin A. Enright approved Mr. Rosner's rate of $620 per hour as reasonable based on his skill and experience and the results achieved].

j.   *Michael A. Melton v. Kia Motors America, Inc.* (2017) San Diego Superior Court Case No. 37-2014-00007166-CU-BC-CTL [Judge Richard E. L. Straus approved Mr. Rosner's 2016 rate of $595 per hour, while reducing the rates of all partners and associates from two different law firms].

k.   *Haghayeghi v. Guess?, Inc.* (2017) United States District Court, Southern District of California Case No. 3:14-cv-00020-JAH-NLS [Judge John A. Houston approved Mr. Rosner's rate of $700 per hour for work on a class action case].

l.   *Page v. Kia Motors America, Inc.*, (2017) San Diego Superior Court Case No. 37-2014-00023991-CU-BC-CTL [Judge Eddie C. Sturgeon approved Mr. Rosner's 2017 rate of $620 per hour.  Judge Sturgeon applauded Mr. Rosner for his delegation of duties to his associate, Kendra Woods, and approved her rate of $235 per hour as highly reasonable.]

/ / /

/ / /

3                         2:17-cv-08272-ODW-RAO

DECLARATION OF HALLEN D. ROSNER

m. *Cofield v. Kia* (2017) Kern County Superior Court Case No. S15000CV283504 [Judge Sidney P. Chapin found Mr. Rosner's rate of $620 per hour and Kendra Woods' rate of $235 per hour to be reasonable.]

n. *Medina v. South Coast Car Company, Inc.*, San Diego County, Case No. 37-2013-00069866-CU-FR-CTL (2015) (100% of fees awarded totaling $128,004.50).

o. *Joyce v. Ford Motor Company* (2011) 198 Cal.App.4th 1478 (awarding full rates).

p. *Graciano v. Robinson Ford Sales, Inc.*, Imperial County Superior Court Case No. L-01452 (2007 (total fees and costs awarded post-trial, post-appeal, including multiplier of 2.0, $383,225.00). The Court of Appeal approved my hourly rate of $350.00 for work performed in 2004.

q. *Nelson v. Pearson Ford*, San Diego County Superior Court Case No. GIC881778 (2009) (total fees and costs awarded post-trial: $401,358.60).

r. *Hoffman v. TSW Motorsports, Inc., et al.*, San Bernardino County Superior Court Case No. CIVDS 1208662 (2013).

s. *Domkus v. Crevier Motors, Inc., et al.*, Orange County Superior Court Case No. 2011-00508831 (2014).

t. *Fisher v. DCH Temecula Imports, LLC*, Riverside County Superior Court Case No. RIC505227 (2013).

u. *Bell v. VW Credit, Inc.*, Los Angeles County Superior Court Case No. BC479956 (2013)

v. *Boyd v. Lake Buick Pontiac GMC, Inc., et al.*, Riverside County Superior Court Case No. RIC1113520 (2014).

w. *Lozano v. Rogers & Rogers, Inc., dba Rogers & Rogers Toyota, et al.*, Imperial County Superior Court Case No. ECU03347 (100% of fees and costs awarded following settlement, totaling $87,523.43).

/ / /

DECLARATION OF HALLEN D. ROSNER

x.    *Raglin v. Wondries Nissan, Inc.*, Los Angeles County Superior Court Case No. BC323869 (2007) (total fees and costs awarded for settlement prior to trial: $92,063.50).

y.    *Wagman v. Mercedes Benz of San Diego, et al.*, San Diego County Superior Court Case No. GIC871166 (2007) (total fees and costs awarded for settlement prior to trial: $49,107.38).

z.    *Watkins v. Fit Kit, Inc. dba Power Toyota Buena Park*, Orange County Superior Court Case No. 06CC11155 (2008) (total fees and costs awarded post-trail: $132,583.02).

aa.    *Kay v. Keylex, Inc.*, San Diego County Superior Court Case No. GIC852613 (2007) (total fees and costs awarded for class settlement prior to trial: $225,902.52).

bb.    *Abdeshaw v.* P.K. Bimmerz, Van Nuys Superior Court Case No. LC079442 (2009) (Court awarded over $106,000.00 post-trial and remarked it went over bill with a fine-tooth comb and did not find one-tenth of an hour to criticize).

cc.    *Alonzo Backus v. C/E/ Auto Sales, et al.*, San Diego Superior Court Case No. 37-2010-00063151-CU-BC-NC (2010) (Court approved hourly rate and all work performed.)

dd.    *Asa Robey v. Ford Motor Company*, Sonoma County Superior Court Case No. SCV-243206 (2012) (Court approved 100% of billed time and applied a 1.2 multiplier).

ee.    *Rodolfo Franco v. Reyes Auto Sales*, Los Angeles County Superior Court Case No. LAM12CH0522 (2013) (Court approved 100% of fees at the 2013 rates).

6.    Our firm specializes in consumer protection law, and devotes at least 95% of its time to litigation consumer law cases on behalf of aggrieved California consumers. In 2007, we were awarded the Public Service Award by the San Diego County Bar Association.

DECLARATION OF HALLEN D. ROSNER

7. Over the past thirty years, our firm has successfully litigated thousands of consumer protection lawsuits. This of course means handling many fee dispute matters.

8. Our firm has helped to shape California's consumer protection laws by successfully arguing the following cases, each of which resulted in published appellate opinions that benefitted consumers in this State:

a. *Hanna v. Mercedes-Benz USA, LLC*, 36 Cal.App.5th 493 (2019)

b. *Valdez v. Seidner-Miller, Inc.,* 33 Cal.App.5th 600 (2019)

c. *Warren v. Kia Motors America, Inc.*, 30 Cal.App.5th 831 (2018)

d. *Etcheson v. FCA US, LLC.*, 30 Cal.App.5th 24 (2018)

e. *Medina v. Southcoast Car Company*, 15 Cal.App.5th 671 (2017)

f. *Gonzales v. CarMax Auto Superstores California*, 845 F.3d 916 (9th Cir. 2017)

g. *Gonzales v. CarMax Auto Superstores California*, 840 F.3d 644 (9th Cir. 2016)

h. *Munoz v. Express Auto Sales*, 222 Cal.App.4th Supp.1, 166 Cal.Rptr.3d 921 (2014)

i. *Donlen v. Ford Motor Company*, 217 Cal.App.4th 138 (2013)

j. *Kuxhausen v. BMW Financial Services NA LLC*, 707 F.3d 1136 (9th Cir. 2013)

k. *Mondragon v. Capital One Auto Finance*, 736 F.3d 880 (9th Cir. 2013)

l. *Vasquez v. Greene Motors, Inc.* 154 Cal.Rptr.3d 778 (2013), *as modified on denial of reh'g (Apr. 23, 2013), review granted and opinion superseded sub nom. Vasquez v. Greene Motors*, 151 Cal.Rptr. 3d 260 (2013)

m. *Rojas v. Platinum Auto Group, Inc.*, 151 Cal.App.4th 997 (2013)

n. *Medina v. Performance Automotive Group, Inc.*, 841 F.Supp.2d 1121 (Cal. E.D. 2012)

o. *Joyce v. Ford Motor Company*, 198 Cal.App.4th 1478 (2011)

p. *Roberts v. El Cajon Motors, Inc.*, 200 Cal.App.4th 832 (2011)

DECLARATION OF HALLEN D. ROSNER

q.  *Fisher v. DCH Temecula Imports, LLC*, 187 Cal.App.4th 601 (2010)

r.  *Nelson v. Pearson Ford Co.*, 186 Cal.App.4th 983 (2010)

s.  *Lewis v. Robinson Ford Sales, Inc.*, 156 Cal.App.4th 359 (2007)

t.  *Robertson v. Fleetwood Travel Trailers of California Ltd.*, 144 Cal.App.4th 785 (2006) (concluded by former partner, Doug Law)

u.  *Pacific Bell Wireless, LLC v. Public Utilities Commission*, 140 Cal.App.4th 718 (2006)

v.  *Graciano v. Robinson Ford Sales, Inc.*, 144 Cal.App.4th 140 (2006)

w.  *Beeman v. TDI Managed Care Services*, 449 F.3d 206 (9th Cir. 2006)

x.  *Thompson v. 10,000 RV Sales, Inc.*, 130 Cal.App.4th 950 (2005)

y.  *Bishop v. Hyundai*, 44 Cal.App.4th 750 (1996)

z.  *Foreman v. National R.V., Inc.*, 34 Cal.App.4th 1072 (1995)

**Experience & Qualifications**

9.  I, Hallen D. Rosner, am a graduate from the University of San Diego School of Law, where I was a member of the U.S.D. law review, and also represented the U.S.D. in regional moot court competition.  Prior to law school, I obtained dual Bachelors Degrees from the University of California at Berkeley.

10.  I billed 17.5 hours at my rate of $660 in 2019.  My billing entries are marked as "HDR 2019".

11.  I taught Consumer Law at the University of San Diego, School of Law.  I teach and lecture extensively.  On behalf of the National Association of Consumer Attorneys, I testified in October of 2008 before Congress.  I have presented numerous times at the National and Regional conventions.  I was a featured presenter at the National Auto Fraud convention held by National Association of Consumer Attorneys, contacted by a United States senator for assistance, and interviewed by Time Magazine on vehicle issues.  In 2012, I was named the National Association of Consumer Attorneys Consumer Advocate of the Year for the entire country.  I was also profiled in the Los Angeles Times.  In May 2017, the State Bar of California presented me with the Wiley W. Manuel

7                    2:17-cv-08272-ODW-RAO

DECLARATION OF HALLEN D. ROSNER

Certificate for my Pro Bono Legal Services.  In 2018, I was selected as San Diego Magazine's top Automobile Fraud Lawyer.

12.    I provide training to the legal corps for both the U.S. Navy and Marines.  For the last two years, I have presented at the Marine Corps West Legal Assistance Conference, a three-day conference attended by attorneys from every Marine Corps base in California, and will be doing so again this May.  In May of 2013, I, in association with the National Association of Consumer Advocates, presented "Military Servicemembers and Auto Fraud – How to be Successful Advocating for Those Who Serve Our Country" to a national audience.  In November of 2015, I was the closing speaker for the National Consumer Law Center annual convention and I was the committee chair for the October 2016 California conference, the largest of its kind in the United States.  I was also a speaker at the 2016 National Auto Fraud Conference in Saint Louis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct, and was executed by me in San Diego, County of San Diego, California, on August 14, 2019.

    */s/ Hallen D. Rosner*
Hallen D. Rosner

8                    2:17-cv-08272-ODW-RAO

DECLARATION OF HALLEN D. ROSNER