# EXHIBIT A

**Rosner, Barry & Babbitt, LLP**

10085 Carroll Canyon Rd., Suite 100
San Diego, CA 92131

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 4652 |
| **Invoice Date:** | 8/16/2019 |
| **Due Date:** | 9/30/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Maria De Lourdes Luna & Karen Cano

| Date | Time Keeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/15/2019 | HDR 2019 | rv all motions in limine for both sides and oppositions; outline oral argument for all and write to SLP for supplemental briefing as no replys allowed | 660.00 | 2.4 | 1,584.00 |
| 3/16/2019 | HDR 2019 | hearing and travel two ways | 660.00 | 7 | 4,620.00 |
| 3/17/2019 | HDR 2019 | rv supplemental breifing an add to argument | 660.00 | 0.3 | 198.00 |
| 3/18/2019 | HDR 2019 | prepare for hearing and motions; pre-hearing meeting with SLP atty; hearing and roundtrip travel | 660.00 | 7.8 | 5,148.00 |
| | | Attorneys' Fees | | | 11,550.00 |
| 12/1/2018 | Photocopies | December 2018 Photocopies | 0.20 | 5 | 1.00 |
| 2/1/2019 | Photocopies | February 2019 Photocopies | 0.20 | 100 | 20.00 |
| 3/1/2019 | Photocopies Reimb Group | March 2019 Photocopies | 0.20 | 1,543 | 308.60 |
| 1/11/2019 | | Pacer Public Access to Court Records: 12/13/18, Verious record searching, case documents, files, images, history, etc, Inv #2769923-Q42018 | 0.90 | | 0.90 |
| 3/3/2019 | | HDR: 3/3/19, Train for Final Pre-Trial Conference, AmEx Starwood | 91.50 | | 91.50 |
| 3/18/2019 | | Court Reporter Terri A. Hourigan: 3/18 Copy of Transcript  Check # 14082 | 26.40 | | 26.40 |
| 3/19/2019 | | JA: 3/18/19, Mileage for dropping off key for Hal for Hearing | 11.60 | | 11.60 |
| 3/25/2019 | | HDR: 3/18/19, Mileage round trip for FSC in LA | 144.00 | | 144.00 |
| 3/31/2019 | | Golden State Overnight Delivery Service (inv # 3887089): 3/18 Shipment to United States Courthouse | 16.09 | | 16.09 |

| Total |
|---|

| Payments/Credits |
|---|
| **Balance Due** |

**Rosner, Barry & Babbitt, LLP**

10085 Carroll Canyon Rd., Suite 100
San Diego, CA 92131

# Invoice

| | |
|---|---|
| **Invoice #:** | 4652 |
| **Invoice Date:** | 8/16/2019 |
| **Due Date:** | 9/30/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Maria De Lourdes Luna & Karen Cano

| Date | Time Keeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/16/2019 | | Pacer Public Access to Court Records: 2/16, 3/12/19, Verious record searching, case documents, files, images, history, etc, Inv #2769923-Q12019 | 1.90 | | 1.90 |
| | | Total Reimbursable Expenses | | | 292.39 |
| | | TOTAL  EXPENSES | | | 621.99 |

| | |
|---|---|
| **Total** | $12,171.99 |

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $12,171.99 |