# EXHIBIT 2

| *Customer Assistance Inquiry Record (CAIR)#* | | | | | | *29431594* |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| *VIN* | 1C4BJWFG4 | GL265641 | *Open Date* | 11/11/2016 | *Built Date* | 05/11/2016 |
| *Model Year* | 2016 | *Body* | JKJS74 | JEEP WRANGLER UNLIMITED RUBICON 4X4 | | |
| *In Service Dt* | 05/30/2016 | *Mileage* | 0 | *Dealer Zone* | 71 | LOS ANGELES |
| *Plant* | L | Toledo South Assembly | | *Market* | U | US |
| *Color* | PX8 | BLACK CLEAR COAT | | | | |
| *Engine* | ERB | 3.6L V6 24V VVT ENGINE | | | | |
| *Transmission* | DGJ | 5-SPEED AUTO W5A580 TRANSMISSION | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Dealer* | 45622 | RYDELL CHRYSLER DODGE JEEP RAM | | | | |
| *Dealer Address* | 700 SAN FERNANDO RD | | | | | |
| *Dealer City* | SAN FERNANDO | | *Dealer State* | CA | *Dealer Zip* | 91340 |

| | | | |
|---|---|---|---|
| *Owner* | LUNA , MA L | *Contact Type* | OUTBOUND CONTACTS |
| *Address* | 23500 OLD ROAD 12 | *Home Phone* | (818) 523-1170 |
| | NEWHALL CA | *Country* | UNITED STATES |

| | |
|---|---|
| Corporate - Outbound - New Vehicle Follow Up - Jeep Wave - Default | Jeep Wave Enrollment |
| Corporate - Outbound - New Vehicle Follow Up - Jeep Wave - Final Attempt, message left | |

JEEP WAVE ENROLLMENT - CAIR CREATED
Jeep Wave customer welcome contact conducted via email on Tuesday October 11th, closing case.

## Customer Assistance Inquiry Record (CAIR)#    31177251

| | | | | | |
|---|---|---|---|---|---|
| **VIN** | 1C4BJWFG4 | GL265641 | **Open Date** | 02/27/2017 | **Built Date** 05/11/2016 |
| **Model Year** | 2016 | **Body** | JKJS74 | JEEP WRANGLER UNLIMITED RUBICON 4X4 | |
| **In Service Dt** | 05/30/2016 | **Mileage** | 15,720 | **Dealer Zone** 71 | LOS ANGELES |
| **Plant** | L | Toledo South Assembly | **Market** | U | US |
| **Color** | PX8 | BLACK CLEAR COAT | | | |
| **Engine** | ERB | 3.6L V6 24V VVT ENGINE | | | |
| **Transmission** | DGJ | 5-SPEED AUTO W5A580 TRANSMISSION | | | |

| | | |
|---|---|---|
| **Dealer** | 45622 | RYDELL CHRYSLER DODGE JEEP RAM |
| **Dealer Address** | 700 SAN FERNANDO RD | |
| **Dealer City** | SAN FERNANDO | **Dealer State** CA   **Dealer Zip** 91340 |

| | | | |
|---|---|---|---|
| **Owner** | CANO , KAREN | **Contact Type** | TELEPHONE |
| **Address** | 23500 OLD ROAD 12 | **Home Phone** | (818) 400-0169 |
| | NEWHALL CA 91321- | **Country** | UNITED STATES |

| | |
|---|---|
| Product - Engine - Unknown - Broken/Cracked - Default | Customer seeking lemon law |
| Corporate - Survey By-Pass - Default - Default - Default | motor replaced |
| Product - Engine - Unknown - Other - Default | motor replaced |
| Product - Body / Trim / Paint Finish - Conv Top / Sunroof / T-Top - Leaks - Default | roof leaks |

Customer is calling in stating that she has gone to the dealership 2
times for the motor to be replaced and 3 or 4 times to the dealership for
the roof as it is leaking. She is very fed up with the vehicle and would
like to be rid of the vehicle.
Agent noticed that the customer was part of the jeep wave program and
transferred her over to Jeep Wave.
Agent transferred customer to Jeep Wave AG2179 for further assistance.
*****INBOUND CUSTOMER PHONE CONTACT*****
Customer contacted seeking lemon law. Customer stated she was concerned
that issues repaired by DLR would recur after vehicle warranty expired
and customer wished to have vehicle replaced or bought back by FCA.
Agent advised that contacting FCA did not constitute starting lemon law
process and referred to blue booklet inside glove compartment for
information on lemon law. Agent advised that case would be escalated to
appropriate department which may need up to three business days to
research situation before contacting customer with additional
information. Customer stated she understood and thanked agent.
*****END OF INBOUND CUSTOMER PHONE CONTACT*****
Customer was informed that by making this request
they are NOT actually filing lemon law or any related process.
Their case is being escalated for a review of the vehicle's repair
history to determine if their request merits further action and that due
to the nature of their request, it will require a call back which will
take
place within 1-2 business days. The outcome of the review does
NOT determine Lemon Law eligibility.
Preferred Morning/Midday call back number is 818-400-0169
Preferred Afternoon/Evening call back number is 818-400-0169
Who has possession of the vehicle? Owner
Reassigned to 91L
************* 91L Review **************
*********Case Escalated to I2R*******************
Reviewed Warranty History which determined this case
should be escalated to I2R for case management.
*** Oscar with the I2R Customer Resolution Team is now responsible for
this CAIR. If the customer should call, please direct them to contact

Oscar directly at 214-583-2146 Thank you. ***

3/1/2017 11:23:33 AM: User Comment by OC163: Placed initial call to customer. LVM stating that this case has been escalated to me for special handling and I would like to assist with vehicle concerns. I provided my hours and a number for a return call.

3/2/2017 4:10:32 PM: User Comment by OC163: Placed 2nd initial call to customer and made contact. Customer stated she has vehicle with her and was last repaired last Saturday. Vehicle was there from Wednesday Â– Saturday and all repairs are complete. Customer is available until after 1:45 PM. Placed call to 45622 Rydell Chrysler Dodge Jeep Ram and RO information with Maria.

3/3/2017 4:19:03 PM: User Comment by OC163: Placed call to customer to offer CRO of $1,000.00 and obtain email address to send offer letter. Customer expressed future reliability concerns so I offered a MVPP 5/60 w/$100.00. Customer stated she would think about it and then call me back before we send an offer letter.

3/7/2017 3:58:58 PM: User Comment by OC163: Placed call to customer to follow up on her decision for CRO. No answer, LVM.

3/9/2017 5:30:35 PM: User Comment by OC163: Placed call to customer to follow up on her decision. No answer LVM.

------------------------

3/13/2017 12:52:39 PM: User Comment by OC163: Placed call to customer and was not able to LVM. I have sent an email update indicating we are temporarily stepping away until she contacts us.

| **Customer Assistance Inquiry Record (CAIR)#** | | | | | | | **31790675** |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **VIN** | 1C4BJWFG4 | GL265641 | **Open Date** | 06/12/2017 | | **Built Date** | 05/11/2016 |
| **Model Year** | 2016 | **Body** | JKJS74 | JEEP WRANGLER UNLIMITED RUBICON 4X4 | | | |
| **In Service Dt** | 05/30/2016 | **Mileage** | 21,000 | **Dealer Zone** | 71 | LOS ANGELES | |
| **Plant** | L | Toledo South Assembly | **Market** | U | | US | |
| **Color** | PX8 | BLACK CLEAR COAT | | | | | |
| **Engine** | ERB | 3.6L V6 24V VVT ENGINE | | | | | |
| **Transmission** | DGJ | 5-SPEED AUTO W5A580 TRANSMISSION | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Dealer** | 45622 | RYDELL CHRYSLER DODGE JEEP RAM | | | |
| **Dealer Address** | 700 SAN FERNANDO RD | | | | |
| **Dealer City** | SAN FERNANDO | **Dealer State** | CA | **Dealer Zip** | 91340 |

| | | | |
|---|---|---|---|
| **Owner** | CANO , KAREN L | **Contact Type** | TELEPHONE |
| **Address** | 23500 OLD ROAD 12 | **Home Phone** | (818) 400-0169 |
| | NEWHALL CA 91321- | **Country** | UNITED STATES |

| | |
|---|---|
| Corporate - Survey By-Pass - Default - Default - Default | Customer seeking information on the extended warranty offer made to her |
| Corporate - Warranty Coverage - Default - Default - Default | Customer seeking information on the extended warranty offer made to her |

Briefly summarize why the customer is contacting Chrysler:
Customer seeking information on the extended warranty offer made to her
Briefly summarize what the customer is expecting:
To be provided with the extended warranty.
Agent transferred the customer to the jeep Wave department and handed
over customer to Agent Robin.
*****INBOUND CUSTOMER CONTACT*****
Customer stated that in CAIR#: 31177251 OC163 offered customer MVPP 5/60
w/$100.00.
Customer stated that she has left numerous messages and has attempted to
email OC163.
Customer stated that she would like the extended warranty applied to VIN.
Reassigned to 91L
*** Oscar with the I2R Customer Resolution Team is now responsible for
this CAIR. If the customer should call, please direct them to contact
Oscar directly at 214-583-2146 Thank you. ***
6/14/2017 1:07:38 PM: User Comment by OC163: Made contact w/ customer who
was only requesting we honor the previous offer of MVPP Max Care 5/60
w/$100.0 deductible. I asked for current mileage which is 20K roughly. I
advised customer I would review and get back to her tomorrow and customer
understood.
*Per JS2481, okay to honor offer. Offer letter has been sent.*
*Unable to access CM's email. Follow up 6/23
*Unable to access CM's email. Follow up 6/27
6/26/2017 3:51:21 PM: User Comment by OC163: Placed call to customer to
follow up on pending offer letter. No answer, LVM indicating they have
until EOD Wednesday to return a signed offer letter.
*No document received - checked fax queue as well. Closing CAIR.