# EXHIBIT 4

Lynn R. Levitan, Esq., SBN 176737
Michelle Droeger, Esq., SBN 151384
**CLARK HILL LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
LLevitan@clarkhill.com
MDroeger@clarkhill.com

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO <br><br> Plaintiff, <br><br> v. <br><br> FCA US LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:17-cv-08272-ODW-RAO <br><br> (Los Angeles Superior court Case No.: BC681566) <br><br> **DEFENDANT FCA US LLC'S RULE 68 SETTLEMENT OFFER** |

TO:   Caitlin J. Scott, Esq.
      Strategic Legal Practices, APC
      Attorneys for Plaintiff
      1840 Century Park East
      Suite 430
      Los Angeles, CA 90067

You are notified that FCA US, LLC ("FCA:"), the defendant in this action, offers to allow judgment to be taken against it and in favor of the Plaintiffs MARIA DE LOURDES LUNA and KAREN CANO ("Plaintiffs") in the sum of $90,000.00. In

1

DEFENDANT FCA US LLC'S RULE 68 SETTLEMENT OFFER

addition, FCA offers to pay Plaintiffs' reasonable costs, expenses and attorneys' fees pursuant to Civil Code section 1794(d) as determined by the Court pursuant to motion. This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and shall not be construed as either an admission that FCA is liable in this action, or that Plaintiffs have suffered any damage. This Offer of Judgment is intended to resolve all of Plaintiffs' claims in this action, including without limitation any and all claims for compensatory damages, punitive damages, statutory damages, civil penalties, attorneys' fees, litigation expenses, and costs of suit. This Offer of Judgment shall not be filed with the Court unless accepted by Plaintiffs according to its terms.

The Offer of Judgment is made pursuant to Rule 68, Federal Rules of Civil Procedure, and must be accepted, if at all, within fourteen (14) days after service of this Offer of Judgment. If same is not accepted within such period of time, it shall be deemed withdrawn.

Dated: October 24, 2018

CLARK HILL LLP

By: _____
Lynn R. Levitan
Michelle J. Droeger

Attorneys for Defendants
FCA US LLC

Dated: November __, 2018

STRATEGIC LEGAL PRACTICES

By: _____
Christine Haw, Esq.
Caitlin J. Scott, Esq.

Attorneys for Plaintiff MARIA DE LOURDES LUNA and KAREN CANO

2

DEFENDANT FCA US LLC'S RULE 68 SETTLEMENT OFFER

**PROOF OF SERVICE**
*Maria De Lourdes Luna, et al. v. FCA US LLC, et al.*
LASC/Central District, Case No. BC681566

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is 1055 West Seventh Street, Suite 2400, Los Angeles, CA 90017.

On October 24, 2018, I served the foregoing document(s) described as:

1. **DEFENDANT FCA US LLC'S RULE 68 SETTLEMENT OFFER** on the parties in this action by placing

☐ the original of the document(s)    ☒ true copies of the document(s)

in separate sealed envelopes addressed to the following party(ies) in this matter at the following address(es):

| | |
|---|---|
| Christine Haw, Esq. <br> Caitlin J. Scott, Esq. <br> **STRATEGIC LEGAL PRACTICES, APC** <br> 1840 Century Park East, Suite 430 <br> Los Angeles, CA 90067 <br> T: 310-929-4900 <br> F: 310-943-3838 <br> chaw@slpattorney.com <br> cscott@slpattorney.com | *Attorneys for Plaintiff* **MARIA DE LOURDES LUNA and KAREN CANO** |

☐ **BY U.S. MAIL:** I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith. I am readily familiar with Clark Hill's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY FACSIMILE:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the above-named persons at the fax numbers exhibited therewith. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **BY PERSONAL SERVICE/HAND DELIVERY:** I caused the above document to be personally served to the above-named persons at the addresses exhibited therewith. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the

1
**PROOF OF SERVICE**

party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the above-named persons at the e-mail addresses exhibited therewith. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY CM/ECF:** The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on October 24, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

MERCEDE P. GUILLORY

2
**PROOF OF SERVICE**