# EXHIBIT 5

DocuSign Envelope ID: F77FFFD8-B699-4352-BFD9-A311F608E02C

## SETTLEMENT AGREEMENT

1.  For and in consideration of the promises set forth below, **Maria De Lourdes Luna and Karen Cano**, on behalf of themselves and on behalf of their dependents, heirs, executors, administrators, successors and assigns, of the **2016 Jeep Wrangler VIN 1C4BJWFG4GL265641** hereinafter collectively referred to as "Releasor", hereby releases FCA US, LLC ("FCA"), and each of its representatives, employees, agents, directors, members, shareholders, stakeholders, attorneys, assigns, assignees, acquiring entities, predecessors, successors, direct and indirect parent entities and subsidiaries, hereinafter collectively referred to as "Releasees" from any and all claims, demands, liens, agreements, contracts, covenants, actions, suits, causes of action, obligations, controversies, debts, costs, expenses, damages, judgments, orders and liabilities of whatever kind in nature in law, equity, or otherwise, that were alleged with respect to the **2016 Jeep Wrangler VIN 1C4BJWFG4GL265641** (hereinafter "subject vehicle"), in the lawsuit entitled De Lourdes Luna and Cano v. FCA, LLC et al, United States District Court Central District Case No 2:17-cv-08272-ODW-RAO (hereinafter "Subject Action").

2.  FCA US LLC, agrees to pay to Releasor **ONE HUNDRED SIXTY-SIX THOUSAND DOLLARS AND 00/100 ($166,000.00).** FCA US LLC also agrees to pay Plaintiff's attorney's fees, costs, and expenses in an amount determined by the Court by way of noticed motion pursuant to California Civil Code 1794(d). The Parties agree that Plaintiff is to be deemed the prevailing party for the purposes of any such motion, and that Plaintiff shall file a single motion for attorneys' fees, costs, and expenses.

3.  FCA US LLC will issue one check payable to Maria De Lourdes Luna and Karen Cano and Strategic Legal Practices, APC Attorney-Client Trust Account in the amount of **$137,982.68.** Such settlement check shall be sent to Releasors, through their attorneys Strategic Legal Practices, APC, within 2 business days of FCA US, LLC being notified of the vehicle surrender described in paragraph 5 below.

4.  FCA US LLC will satisfy the balance of Releasor's loan agreement with Gain Federal Credit Union in the amount of **$28,017.32.** Any overpayment after said payment shall be reimbursable to Releasor.

5.  Releasor shall return the Subject Vehicle, the **2016 Jeep Wrangler VIN 1C4BJWFG4GL265641**, with clear title and free of any other liens or encumbrances to FCA US LLC. Releasors shall deliver the Subject Vehicle to a dealership to be determined by FCA US LLC, with the exception of Releasor's loan agreement with Gain Federal Credit Union as described in paragraph 4. Releasor shall deliver the Subject Vehicle to a dealership which will be reasonably accessible to Releasor, to be determined by FCA US LLC.

6.  Releasor agrees to dismiss with prejudice the Subject Action as to all claims/causes of action and as to all named parties as soon as Defendants pays all sums under this agreement, including payment of attorney fees, costs and expenses as set forth above.

7.  Releasor warrants that no promise or inducement has been offered except as herein set forth. Releasor warrants that this Release is executed without reliance upon any statement or

DocuSign Envelope ID: F77FFFD8-B699-4352-BFD9-A311F608E02C

representation by Releasees or their representative, concerning the nature and extent of any injuries, damages or legal liability. Releasor warrants that they are of legal age, are legally competent to execute this Release Agreement, and Releasor accepts full responsibility therefore.

8. This Release contains the entire agreement of the parties and the terms of this Release are contractual. Any prior agreement and/or release relating to the claims described herein is/are void and unenforceable.

9. Neither this Release nor the settlement which led to it is intended to be and shall not be deemed, construed or treated in any respect as an admission of liability by any person or entity for any purpose.

10. Releasor specifically understands and agrees that neither Plaintiff's attorney nor Defendant, nor any of their respective attorneys, consultants, employers, or representatives have made any representations to Plaintiff regarding the tax consequences of this Agreement. Plaintiff acknowledges and agrees that he has been expressly advised to confer with consultants knowledgeable about the tax consequences of this Agreement and any payments made pursuant to it.

11. Releasor hereby acknowledges that the terms and conditions of this Release Agreement have been completely read or they have been given the opportunity to have been read and that the terms and conditions of this Release Agreement are fully understood and voluntarily accepted for the express purpose of making a full compromise, adjustment and settlement.

12. The Court will maintain jurisdiction pursuant to Code of Civil Procedure Section 664.6 and this settlement agreement shall be fully enforceable by any party hereto pursuant to the provisions of Code of Civil Procedure Section 664.6.

Dated: 6/20/2019

DocuSigned by:

*Maria Luna*
26D2678C30C844B...

Maria De Lourdes Luna

Dated: 6/19/2019

DocuSigned by:

*Karen Cano*
8293A56A7DDA410...

Karen Cano

Dated: 6/20/2019

FCA US LLC

DocuSign Envelope ID: F77FFFD8-B699-4352-BFD9-A311F608E02C

Approved as to Form:

Dated:     6/20/2019

Attorney for Plaintiff

Dated:     6/20/2019

Attorney for Defendant