# EXHIBIT 6

Jacob Cutler (SBN 264988)
jcutler@slpattorney.com
**STRATEGIC LEGAL PRACTICES,**
**A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, California 90067
Telephone:  (310) 929-4900
Facsimile:   (310) 943-3838

Attorneys for Plaintiffs MARIA DE LOURDES LUNA
and KAREN CANO

Dean A. Olsen (SBN 126155)
dolson@clarkhill.com
Michelle J. Droeger (SBN 151384)
mdroeger@clarkhill.com
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178

Attorneys for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO, | Case No. 2:17-cv-08272-ODW-RAO |
| Plaintiffs, | **JOINT STATUS REPORT RE PROPOSED BRIEFING SCHEDULE** |
| v. | |
| FCA US, LLC; and DOES 1 through 10, inclusive, | |
| Defendant. | |

---

**JOINT STATUS REPORT RE PROPOSED BRIEFING SCHEDULE**

2:17-cv-08272-ODW-RAO

**TO THE HONORABLE COURT:**

Plaintiffs Maria De Lourdes Luna and Karen Cano ("Plaintiffs") and Defendant FCA US, LLC ("Defendant") respectfully submit the following Joint Status Report re Proposed Briefing Schedule.

The parties have agreed to conduct a telephonic conference regarding Plaintiffs' attorney's fees, costs and expenses on August 9, 2019.

If the parties are unable to resolve the issue of attorney's fees, costs and expenses, then the parties agree that Plaintiffs will file their motion for fees, costs and expenses to be heard on September 16, 2019 at 1:30 p.m. Plaintiffs will file their motion for fees, costs and expenses on or before August 19, 2019, twenty-eight (28) days before the date set for hearing, pursuant to Local Rule 6-1. Defendant's opposing papers will be filed no later than twenty-one (21) days before the hearing of the motion and Plaintiffs' reply papers will be filed no later than fourteen (14) days before the hearing of the motion, in accordance with to Local Rules 7-9 and 7-10.

DATED: July 25, 2019                    Strategic Legal Practices, APC

                              BY:
                                   /s/: Jacob Cutler
                                   Jacob Cutler
                                   Attorneys for Plaintiffs
                                   MARIA DE LOURDES LUNA and
                                   KAREN CANO

DATED: July 25, 2019                    Clark Hill LLP

                              BY:  /s/: Michelle Droeger
                                   Michelle J. Droeger
                                   Attorneys for Defendant
                                   FCA US, LLC

---

**JOINT STATUS REPORT RE PROPOSED BRIEFING SCHEDULE**

2:17-cv-08272-ODW-RAO