Payam Shahian (SBN 228406)
Email : pshahian@slpattorney.com
Jacob Cutler (SBN 264988)
e-mail: jcutler@slpattorney.com
**Strategic Legal Practices, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Hallen D. Rosner (SBN 109740)
Email: hal@rbblawgroup.com
**Rosner, Barry & Babbitt, LLP**
10085 Carroll Canyon Road, Suite 100
San Diego, California 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150

Attorneys for Plaintiffs MARIA DE LOURDES LUNA
and KAREN CANO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOURDES LUNA and KAREN CANO,<br><br>            Plaintiff,<br><br>    vs.<br><br>FCA US, LLC, a Delaware Limited Liability Company,<br><br>            Defendants. | Case No.: 2:17-cv-08272-ODW-RAO<br><br>[Assigned to Hon. Otis D. Wright]<br><br>**[PROPOSED] ORDER RE; PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES**<br><br>**Date: September 16, 2019**<br>**Time: 1:30 p.m.**<br>**Location: Courtroom 5D** |

Plaintiff's Motion for Attorney's Fees, Costs and Expenses came for hearing, the Honorable Otis D. Wright presiding. After hearing all the arguments of counsel and considering the papers submitted in support of and in opposition, and GOOD CAUSE appearing, IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff is awarded $_____ in attorney's fees, costs and expenses by _____(30 days from Order).

Additionally, the Court's further ORDERS are as follows:

_____

_____

**IT IS SO ORDERED.**

_____

Hon. Otis D. Wright

Judge of the United States District Court

1